# EXHIBIT 5

MARC A. PILOTIN
Regional Solicitor
BORIS ORLOV
Counsel for Wage and Hour
CHARLES SONG (CSBN 204497)
Senior Trial Attorney
VICTORIA YEE (CSBN 326366)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
350 S. Figueroa Street, Suite 370
Los Angeles, CA 90071-1202
Telephone: (213) 894-1594
Fax:  (213) 894-2064
yee.victoria.w@dol.gov
*Attorneys for Plaintiff Martin J. Walsh*
*Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Martin J. Walsh,<br>    Secretary of Labor,<br>    United States Department of Labor,<br><br>                                          Plaintiff,<br><br>        v.<br><br>VH Harvesting, an Arizona LLC;<br>T&K Feeds, Inc. an Arizona corporation;<br>Preston Van Hofwegen, an individual.<br><br>                                          Defendants. | Case No. [Case Number]<br><br>**DECLARATION OF JUAN MANUEL PADILLA OLIVERA IN SUPPORT OF SECRETARY'S MOTION AND MEMORANDUM FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

DECLARATION OF JUAN MANUEL PADILLA OLIVERA IN SUPPORT OF SECRETARY'S MOTION AND MEMORANDUM FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
Case No. [Case Number]

Yo, Juan Manuel Padilla Olivera, declaro lo siguiente:

1.  Tengo conocimiento personal de todos los hechos declarados en esta declaración, y si me llamaran a testificar, podría y lo haría de manera competente.

2.  Estado trabajando como chofer para VH Harvesting LLC en Arizona, Texas, Louisiana, Nuevo México, California y Oklahoma desde marzo de este año.

3.  Soy de Jalisco, México. En Jalisco, mi amigo me platico de un trabajo con VH Harvesting LLC para trabajar en los Estados Unidos. Me dijeron que estaría manejando camiones en los campos y que me pagarían $150 por día y que trabajaría un máximo de 10 a 12 horas por día y cualquier tiempo que pasara de las 12 horas sería tiempo extra. No me dijeron cuánto más me pagarían por las horas superiores a 12. Tampoco no me dijeron que trabajaría para varias empresas. Además, no me dijeron que tendría que realizar el mantenimiento de los camiones. Acepté la oferta y me dijeron que proporcionara fotografías del pasaporte y copias de la licencia de conducir a VH Harvesting.

4.  Me transportaron de Jalisco a Nogales en una camioneta con otros 5-6 trabajadores, pagado por VH Harvesting. Me hospedé en el Hotel Plaza Nogales hasta que crucé la frontera el 3 de marzo de 2022. La empresa pagó el transporte, todos los documentos requeridos y el hotel.

5.  En Nogales, esperamos una camioneta que nos llevó a Casa Grande, Arizona.  El día siguiente, volvimos a Nogales a recoger más trabajadores y luego fuimos a Kansas a recoger camiones. En Kansas, VH Harvesting pago habitación en un hotel. Al día siguiente comenzamos a conducir los camiones de regreso a Arizona. Tuvimos que pasar la noche en Nuevo México antes de llegar a Casa Grande, AZ.

6.  En marzo y abril fui a Louisiana. Tuve que dormir dentro de los camiones en una cama pequeña en la cabina. Tuvimos que usar varias paradas de camiones para bañarnos. Estimo que pague alrededor de $50 para bañarme en paradas de camiones porque me bañe varias veces a un costo de alrededor de $3-$10 por baño.

**DECLARATION**

Page 1 of 4

7.      Después de regresar a Arizona desde Louisiana, me mandaron a trabajar para T& K Feed en Stanfield. Iba a recoger heno o alimento y lo llevaba a varios ranchos lecheros. Trabajaba de 12 a 14 horas al día. T & K Feed me mando a trabajar en su sitio de Bakersfield, CA durante de un par de semanas hasta que regresé a Arizona. Dejé de trabajar en T&K por la baja paga y las largas horas de estar conduciendo.

8.      VH Harvesting requirió que yo y otros conductores reparáramos los camiones. No tengo habilidad ni experiencia para reparar camiones. Me he quejado de esto con VH Harvesting, pero me dijeron que yo mismo lo solucionara. Me preocupa mi seguridad y la seguridad de otros choferes en la carretera porque los camiones que nos hacen conducir no son seguros y no deberían estar en la carretera. Recientemente, tuve una situación muy peligrosa mientras manejaba el camión el enganche del remolque fallo. El remolque casi se desprende de la cabina y los cables de emergencia eran lo único que detuvo la cabina. Afortunadamente, aunque el remolque se tambaleó, no se volcó ni se desprendió por completo. Temí por mi vida, pero los cables de emergencia entre la cabina y el remolque hicieron su trabajo y la cabina no volcó. Yo lo conté a mi supervisor Alfredo. Alfredo me dijo que estaba bien y que no tenía nada el camio y que lo arreglara.  Cuando le dije que no sabía cómo hacerlo, Alfredo me dijo que me llevar el camión y que él lo iba a manejar, él lo manejo medio día y miro que el camión estaba en malas condiciones y para no arreglarlo le dio el camión a Domingo sin arreglarlo.  Y por eso no seguí trabajando.  Este no fue el único incidente, por ejemplo, le dije a la empresa que los camiones tienen los frenos dañados, pero se niegan a arreglarlos.

9.      Además, hace unas dos semanas, la Patrulla de Caminos de Texas me detuvo. El camión fue citado por luces que no funcionaban y llantas inseguras. La Patrulla de Caminos de Texas dijo que no era seguro conducir el camión y que no se podía volver a operar hasta que se reparara. Se adjunta como Anexo A una copia fiel y correcta de la citación emitida.

**DECLARATION**

Page 2 of 4

1

2          10.      VH Harvesting luego me mando a Texas el 26 de agosto de 2022. Mis deberes

3    laborales eran los mismos: conducir el camión y recoger "si-lo" arena y llevarlos a los ranchos lecheros.

4    VH Harvesting me dijo que el trabajo en Texas iba a durar 3 meses, pero hace como una semana me

5    mandaron a Oklahoma. Pensé que estaría en Oklahoma por algunas semanas, pero recientemente

6    escuché que quizás solo estemos aquí por una semana más.

7          11.      Recientemente, el volante del camión comenzó a temblar violentamente cuando lo

8    conducía. Le dije a VH Harvest que yo no iba a conducir el camión porque es demasiado peligroso ya

9    que no quieren hacer reparaciones importantes. La empresa dijo que no me pagarían si no trabajaba.

10

11         12.      Cuando manejo, me pagan $150 por día. Para dos semanas me pagaron $100 por

12   día. Mis cheques de pago promedian $1,500 cada 15 días.  Normalmente me pagan cada quincena, el

13   día 1 y 16. Sin embargo, trabaje el mes de Septiembre en Texas y Oklahoma y no recibimos cheque

14   hasta el 4 de octubre. <u>Se adjuntan como Anexo B copias verdaderas y correctas de mis cheques de</u>

15   <u>pago.</u> Aparte de el enganche del remolque falló los registros de los conductores, no tengo registros

16   diarios que muestren las horas trabajadas. <u>Se adjuntan como Anexo C copias verdaderas y correctas de</u>

17   <u>mis registros de conductor.</u> Todas las asignaciones de trabajo vienen por mensaje de texto el día

18   anterior por Alfredo.

19         13.      Actualmente, en Oklahoma, los empleados comienzan a las 6:30 a.m. y trabajan

20   hasta aproximadamente las 8 p.m. Nos hospedamos en un hotel ubicado en 1205 E. Main St, Boise

21   City, OK 73933. No tenemos cocina pero nos dan una comida por día. Hay dos personas por habitación

22

23   y cada persona tiene su propia cama. Mi grupo tiene otros 3 trabajadores que hacen el mismo trabajo.

24         14.      A nosotros normalmente no se nos proporcionan comidas. A veces nos dan un

25   sándwich o un burrito durante el día, pero esto no es todos los días y todos los estados. De lo contrario,

26   no tenemos descansos para el almuerzo. Trabajamos de lunes a domingo. Los únicos días libres que

27

28

**DECLARATION**

**Page 3 of 4**

tenemos son si les pasa algo a los camiones. Los camiones se mantienen en el estacionamiento del hotel.

15.    A principios de abril, conducía un camión con Jose Alfredo Vargas en Luisiana transportando arena. El camión que conducía comenzó a perder mucho aceite, por lo que tuvimos que salir de la carretera. La fuga de aceite fue tan grave que casi provoco un incendio. La fuga de aceite fue muy peligrosa porque el motor pudo haberse incendiado o agarrotado y ocasionado un accidente. No podíamos conducir el camión y tuvo que venir una grúa a recogerlo. Mi compañero de trabajo tomo un video que muestra que esto sucedió.

Declaro bajo pena de perjurio bajo las leyes de los Estados Unidos que lo anterior es verdadero y correcto y que esta declaración fue ejecutada en Maricopa, AZ Estados Unidos el 14 de octubre de 2022.

Juan Manuel Padilla Olivera

**DECLARATION**

**Page 4 of 4**

I, Juan Manuel Padilla Olivera, declare as follows:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. I have been working as a driver for VH Harvesting LLC in Arizona, Texas, Louisiana, New Mexico, California and Oklahoma since March of this year.

3. I am from Jalisco, Mexico. In Jalisco, my friend told me about a job with VH Harvesting LLC to work in the United States.  I was told that I would be driving semi-trucks in the fields, I would be paid $150 a day, work a maximum of 10-12 hours a day and anytime I passed over 12 hours would be overtime. I was not told how much extra I would be paid for hours over 12.  I was also not told that I would be working to various companies. Additionally, I was not told that I would be required to perform maintenance and repairs on the trucks. I accepted the offer, and they told me to provide passport photos and copies of my drivers license to VH Harvesting.

4. I was transported from Jalisco to Nogales in a van with 5-6 other workers, paid for by VH Harvesting. I stayed at Hotel Plaza Nogales until I crossed the border on March 3, 2022.  The company paid for the transportation, all required documents and the hotel.

5. In Nogales, we waited for a van that took us to Casa Grande, Arizona. The following day, we went back to Nogales to pick up more workers and then went to Kansas to pick up semi-trucks. In Kansas, VH Harvesting paid for a hotel room. The next day we began driving the semi-trucks back to Arizona. We had to stop in New Mexico to spend the night before arriving in Casa Grande, AZ.

6. In March and April, I went to Louisiana. I had to sleep inside the trucks on a small bed in the cab. We had to use various truck stops to shower. I estimate that I spent about $50 showering in truck stops because I showered multiple times at a cost of about $3-$10 per shower.

7. After returning to Arizona from Louisiana, I was sent to work for T& K Feed in Stanfield. I would go and pick up hay or feed and take it to various dairy farms. I

**DECLARATION**

was working 12 to 14 hours a day. T & K Feed sent me to work at their Bakersfield, CA location for a couple of weeks until I returned to Arizona. I stopped working at T & K because of the low pay and long driving hours.

8.     VH Harvesting required me and other drivers to repair the trucks. I do not have skill or experience to repair semi-trucks. I have complained about this to VH Harvesting, but they told me that I should figure it out. I am concerned for my safety and the safety of other drivers on the road because the trucks they make us drive are not safe and should not be on the road. Recently, I had an extremely dangerous situation, while I was driving the semi-truck the trailer hitch failed. The trailer almost completely detached from the cabin and the emergency cables were the only thing that held the cabin and trailer.  Fortunately, even though the trailer wobbled, it did not tip over or detach completely off. I was in fear for my life, but the emergency cables in the cabin and trailer did their work and the cabin did not tip over. I told my supervisor Alfredo about it. Alfredo told me that it was fine that there was nothing wrong with the truck and to fix it. When I told him that did not know how, Alfredo told me to bring him the truck and that he would drive it, he drove it half a day and saw that the truck was in bad shape and to not fix it he gave the truck to Domingo without fixing it. For that reason, I did not want to continue working. This was not the only incident, for example, I told the company that the trucks have bad brakes, but they refuse to fix them.

9.     In addition, about two weeks ago, I was stopped and pulled over by Texas Highway Patrol. The truck was cited for inoperable lights and unsafe tires. Texas Highway Patrol said the truck was not safe to drive and could not be operated again until the truck was repaired.  Attached as **Exhibit A** is a true and correct copy of the citation issued.

10.     VH Harvesting then sent me to Texas on August 26, 2022. My job duties were the same: driving the semi-truck and picking up "si-lo", sand and driving it to the dairy farms. VH Harvesting told me that the work in Texas was going to last 3 months

**DECLARATION**

but about a week ago I was sent to Oklahoma. I thought I would be in Oklahoma for a few weeks, but I recently heard we might only be here for about one more week.

11.      Recently, the truck steering wheel started shaking violently when I was driving it. I told VH Harvest that will not drive the truck because it is too dangerous and they don't want to make important repairs.  The company said I would not get paid if I didn't work.

12.      When I do drive, I am paid $150 per day. For two weeks I was paid $100 per day. My checks are typically $1,500 every 15 days. Normally I am paid every semi-monthly, the 1st and 16th day.  However, the month of September I worked in Texas and Oklahoma, and we didn't receive a check until October 4th.  Attached as **Exhibit B** are true and correct copies of my paychecks.  Aside from the driver logs kept after the trailer hitch failed, I do not have any daily logs that show hours worked. Attached as **Exhibit C** are true and correct copies of my driver logs. All work assignments come via text message the day before from Alfredo.

13.      Currently, in Oklahoma, the employees start at 6:30 am and work until about 8pm. We stay in a hotel located at 1205 E. Main St Boise City, OK 73933. We do not have a kitchen, but they provide one meal a day. There are two people per room and each person has their own bed. My group consists of 3 other workers doing the same work.

14.      We are not normally and regularly provided meals. They sometimes will provide a sandwich or a burrito during the day, but this is not every day and in every state. We do not get lunch breaks otherwise. We work Monday through Sunday. The only days off we get is if something happens to the trucks. The trucks are kept in the hotel parking lot.

15.      In the beginning of April, I was driving a semi-truck alongside Jose Alfredo Vargas in Louisiana transporting sand. The semi-truck we were driving started leaking a lot of oil, so we had to get off the highway. The oil leak was so bad that it almost started a fire.  The oil leak was very dangerous because the motor may have

**DECLARATION**

**Page 3 of 4**

caught fire or stalled and caused an accident. We could not keep driving the truck and a tow truck had to come pick it up. My co-worker took a video that this occurred.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed in Maricopa, AZ, United States on October 14, 2022.


_____

Juan Manuel Padilla Olivera,



I, Becky Benitez, certify that I am fluent in English and Spanish, and that the above/attached document is an accurate translation of the Declaration of Juan Manuel Padilla Olivera.


_____
10/07/2022

Becky Benitez

230 N 1st Ave. Suite 402

Phoenix, AZ 85003

**DECLARATION**

**Page 4 of 4**

# EXHIBIT A



**TXDPS COMMERCIAL VEHICLE ENFORCEMENT**

TX6EKA0XTZ6C

**CP#**

HWY: US-0385 HP-40     10 DALLAM CO.
OWNER: PRESTON CHRISTINSE
141940 W CHAMBERS CT MARICOPA, AZ 85138
NOTE TO MOTOR CARRIER: TRC Chapter 644 requires the Motor Carrier to
execute the certification at the bottom and return this report within fifteen (15)
days to the MOTOR CARRIER BUREAU via email or fax

FAX        512-424-5739
EMAIL      MCB Certification@dps.texas.gov

PHONE
(602)540-0183
DL# COL001149?    3637653              120/RCW#
OPERATOR: PADILLA-OLIVERA, JUAN MANUEL      TXDMV#:
Address: 41940 W CHAMBERS CT MARICOPA, AZ 85138
RACE/SEX: HM    DOB:1980-04-13    MED CARD: 02/15/2024
NOTE TO DRIVER: This report must be furnished to the motor carrier whose
name appears on this report
☑ CDL Reqd     CONSTRUCTION ZONE
☐ CRASH        ☐ YES  ☑ NO   ☐ OCCUPIED

| UNIT | TYPE | MAKE | CO# | PLATE | ST | VIN |
|------|------|------|-----|-------|-----|-----|
| 1 | TT | FTRB | NONE | TEMP | AZ | 1XPGDU9X44D821474 |
| 2 | ST | BLAR | NONE | TEMP | AZ | 3J9FS4022KC49031 |

Axles: X--OO--OO

PERMIT #        NONE
RG WT #1 80000
RG WT #2 00000        GVWR #1 50000
                      GVWR #2 68000

## VIOLATIONS DISCOVERED
(Cited FMCSR infractions are filed in violation of TRC 644.151)

| TICKET | VIOL. CITE # | Unit# | OOS | OOS DISP | POST ACC |
|--------|--------------|-------|-----|----------|----------|
| Yes | 393.75(a)(1) | 2 | Yes | B | |

TIRE PLY/BELT MATERIAL EXPOSED (FMCSR 393.75(a)(1)) - AXLE 5 RIGHT
OUTSIDE STEEL SHOWING/GAS INSIDE STEEL & INTER TREAD SHOWING

| 390.21(A) | 1 | | | | |

FAIL TO PROPERLY DISPLAY ID MARKINGS (FMCSR 390.21(A)) - NEEDS
COMPANY NAME AND US DOT # BOTH SIDES

| 393.11(a)(1) | 1 | | | | |

NO/IMPROPER TURN SIGNAL LAMP (FMCSR 393.11(a)(1)) - LEFT FRONT
MISSING

| 393.60(D) | 1 | | | | |

OBJECT OR MATERIAL ATTACHED TO WINDSHIELD/D/SIDE/REAR WINDOW
OBSTRUCTS OR REDUCES CLEAR VIEW (FMCSR 393.60(D)) - WINDOW TINT
SIDE WINDOWS

| 393.60(C) | 1 | | | | |

DAMAGED/DISCOLORED WINDSHIELD (FMCSR 393.60(C)) - RIGHT LARGE STAR
BURST

| 396.17(c) | 1 | | | | |

NO/EXPIRED CMV INSPECTION CERTIFICATE / ANNUAL DOT (FMCSR 396.17(c))
- NO CURRENT INSPECTION FOUND

| 393.75(a)(1) | 1 | | | | |

TIRE PLY/BELT MATERIAL EXPOSED (FMCSR 393.75(a)(1)) - AXLE 3 LEFT
OUTSIDE STEEL/TREAT SHOWING

| 393.9 | 2 | | | | |

INOPERABLE/OBSCURED CLEARANCE LAMP (FMCSR 393.9) - INOP RIGHT
REAR CORNER

| 393.75(a)(1) | 2 | | | | |

TIRE PLY/BELT MATERIAL EXPOSED (FMCSR 393.75(a)(1)) - AXLE 5 RIGHT
INSIDE

| 396.17(c) | 2 | | | | |

NO/EXPIRED CMV INSPECTION CERTIFICATE / ANNUAL DOT (FMCSR 396.17(c))
NO CURRENT INSPECTION

OOS           A. Repaired at Scene / Obtained Oper. Auth.      U. Unknown
DISPOSITIONS  B. Towed/Escorted to Repair Service D. Other     N. Driver OOS

SEAL #'S REMOVED:              DEPT. SEAL #: INSTALLED

Shipping#:
Commodity: EMPTY
   Origin: DALHART, TX
   Dest: DALHART, TX

HM CATEGORY     SPEC. TANK   PLACARDS REQ? CODE   RQ? HW?

INSPECTED BY:                ID/REGION/DISTRICT/AREA
G DAVIS                      05077 5 B 11
CHARGES FILED BY: G Davis 05077 5 B 11
PREPARED BY: G Davis
Trooper Comments:           TIME COMPLETED 11:00

### YOU ARE HEREBY NOTIFIED TO APPEAR BEFORE

JUDGE: Hon Carol Smith in Dallam Co.
COURT: JP          PCT./PLACE: 1/0     AT 10:00AM
PHONE: (806)244-4827   ON/BEFORE Mon, 3 October, 2022
ADDRESS: 414 DENVER STE. 101 DALHART TX 79022

### VEHICLE OUT OF SERVICE NOTICE

VEHICLE Pursuant to authority contained in TRC Chapter 644 I hereby
declare "Out of Service" the vehicle/s with defects followed by "YES" in
the Out of Service column of this report. No person shall remove the out
of service stickers applied to these vehicles or operate such vehicles
until the out of service defects have been repaired and the vehicles have
been restored to safe operating condition, or proper operating authority
has been obtained.

I HEREBY PROMISE TO APPEAR AT THE TIME AND PLACE DESIGNATED IN
THIS NOTICE. (This is not a plea of guilty)

X _____

**IMPORTANT MESSAGES**

If enforcement actions taken against you and any subsequent court actions are intended to secure compliance with the traffic laws and all other users of the highways, will consider a separate offense with which you may promise to appear and result in this citation ordering issued for your protection. Failure to appear in court or failure to satisfy a judgement denial of renewal of your driver's license in the manner ordered by the court may result in the...

A second or subsequent conviction of failure to maintain financial responsibility will result in the suspension of financial notice. Your driver license and motor vehicle registration unless you file and maintain for two (2) years from the date of liability with the Department of Public Safety, you file and proof of financial responsibility if the satisfactory may cover the requirements for two (2) showing that at the time you were otherwise exempt from the requirements to provide evidence of financial responsibility.

You may be able to require that this charge be dismissed by successfully completing a driving safety course or a motorcycle operator training course. You will lose that right if, on or before your appearance date, you do not provide the court with notice of your request to take the course.

This action does not apply to an offense committed by a person who holds a commercial driver's license.

The Court may provide alternatives to the full payment of any fine or costs assessed against you, if you are convicted of a misdemeanor offense and are unable to pay the full amount.

If you were convicted of a misdemeanor offense involving violence where you are or were against you, a spouse, intimate partner, parent, or guardian of the victim or are a person with whom similar, similar relationship or are a parent of a child in common, it may be unlawful for you to possess or purchase a firearm, including a handgun or long gun or ammunition, pursuant to federal law under 18 U.S.C. Section 922 (g)(8) or Section 46.05 (b). Texas Penal Code. If you have any questions whether these laws make it illegal for you to possess or purchase a firearm, you should consult an attorney.

A request for an out-of-service review, regarding operating authority, must be made in writing and forwarded to the manager of the Motor Carrier Bureau. If requested, a review will be conducted by an agent other than the original issuing the out-of-service order. A request may be addressed to the Texas Department of Public Safety, Motor Carrier director's designee within 15 days of the issuance of the out-of-service order. A request for review to Model Request be via the next available facsimile transmission at (512) 424-5739 or an electronic mail at MCB.Certification@dps.texas.gov. The review may be requested by telephone conference call.

Contact a TxDMV Motor Carrier Insurance Certificate or Unified Carrier Registration > their website at www.txdmv.gov

To Contact the Texas Department of Motor Vehicles at 1-888-DMVSIGTX (368-4826), or visit

For more information provided the Federal Motor Carrier Safety Administration at 1-800-832-5660 or visit http://ai.fmcsa.dot.gov

http://www.txdps.state.tx.us.reg/factsignup/formspubs.htm

---

Cut here and return the below portion to Motor Carrier Bureau, after it's been completed.

**TXDPS COMMERCIAL VEHICLE ENFORCEMENT**    Level 2

FORM: DVR-3195(28)    DATE: 2022-09-22    10:18

**TX6EKA0XTZ6C**    COUNTY: DALLAM

**CP# BLANK**

ANY ENTRIES IN THE VIOLATIONS' SECTION OF DRIVER'S COPY, WHERE THERE IS "YES" IN THE TICKET BOX, INDICATES CHARGES FILED AGAINST THE DRIVER. THIS WILL REQUIRE CONTACTING THE JUDGE FOR APPROPRIATE DISPOSITION.

JUDGE INFORMATION IS IN HEAVY BORDERED BOX ON DRIVER'S COPY

PAYMENTS FOR FINES SHOULD BE SENT TO THE COURT LISTED ON THE DRIVER'S COPY.

**DO NOT SEND PAYMENTS TO TX DPS/MCB.**

**CERTIFICATION OF REPAIRMAN**

I CERTIFY THAT THE REQUIRED REPAIRS SHOWN IN THE "OUT OF SERVICE" COLUMN HAVE BEEN SATISFACTORILY COMPLETED.

SIGNATURE OF REPAIRMAN    *Riley Van Stoden*

NAME OF SHOP (GARAGE)    *Heiser Tire*    REPAIR WORK COMPLETED

DATE *9/2/22*    TIME *12:00 PM*

**MOTOR CARRIER CERTIFICATION OF ACTION TAKEN**

I CERTIFY THAT ALL VIOLATIONS NOTED UPON THIS REPORT HAVE BEEN CORRECTED AND ACTION HAS BEEN TAKEN TO ASSURE COMPLIANCE WITH THE FEDERAL AND STATE MOTOR CARRIER SAFETY AND HAZARDOUS MATERIAL REGULATIONS AND THE LEVEL VI INSPECTION CRITERIA INSOFAR AS THEY ARE APPLICABLE TO MOTOR CARRIERS AND DRIVERS. I UNDERSTAND THAT FAILURE TO COMPLY MAY SUBJECT ME TO ADDITIONAL VIOLATIONS UNDER THE REGULATIONS NOTED

SIGNATURE OF CARRIER OFFICIAL

TITLE    *Preston C Van Hofwegen*    DATE

ATTENTION DRIVER    This report must be furnished to the motor carrier whose name appears on this report

NOTE TO MOTOR CARRIER    TRC Chapter 644 requires the Motor Carrier to execute the above certification and return this report within fifteen (15) days to the MOTOR CARRIER BUREAU via email or fax.

FAX:

E-MAIL: 512-424-5739

MCB.Certification@dps.texas.gov

Compliment or Complaint?
To Provide a Compliment. Contact
CustomerComments@dps.texas.gov or (512) 424-2823

To File a Personnel Complaint. Contact
Texas Department of Public Safety - Office of Inspector General
PO Box 4087, Austin, TX 78773
InspectorGeneral@dps.texas.gov or (512) 424-5017 (Mon-Fri, 8AM-5PM)
For detailed personnel complaint information, visit www.dps.texas.gov/OIG



# EXHIBIT B



**VH Harvesting**
42040 West Chambers Court
Maricopa, AZ 85138

Great Western Bank
78-673/918

11053

PAY TO THE
ORDER OF    Juan M Padilla Olivera

4/1/2022

One Thousand Five Hundred and 00/100************************************    $    ***1,500.00

Juan M Padilla Olivera

DOLLARS

MEMO
Pay Period: 03/16/2022 - 03/31/2022

AUTHORIZED SIGNATURE

⑆011053⑆ ⑈091408734⑈ 154⑆61420⑈

---

VH Harvesting                                                                                          11053

Employee                                                    SSN
Juan M Padilla Olivera                                              Pay Period: 03/16/2022 - 03/31/2022          Pay Date: 04/01/2022

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Paycheck | | | 1,500.00 | 1,500.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | |
| AZ - Withholding | | | 0.00 | |
| | | | 0.00 | |

|  | | | 1,500.00 | 1,500.00 |

Net Pay

# VH Harvesting

Employee
Juan M Padilla Olivera

11163

Earnings and Hours
Salary
Paycheck

SSN

| | Qty | Rate | Current | YTD Amount | Pay Period: 05/16/2022 - 05/21/2022 | Pay Date: 06/02/2022 |
|---|---|---|---|---|---|---|
| | | | 2,100.00 | 2,100.00 | | |
| | | | 0.00 | 7,500.00 | | |
| | | | 2,100.00 | 9,600.00 | | |

Taxes
Federal Withholding
AZ - Withholding

| | Current | YTD Amount |
|---|---|---|
| | 0.00 | |
| | 0.00 | |
| | 0.00 | |

Net Pay

| | | |
|---|---|---|
| | 2,100.00 | 9,600.00 |

VH Harvesting, LLC., 41940 West Chambers Court, Maricopa, AZ 85138

Powered by **Intuit Payroll**

## VH Harvesting

**Employee**
Juan M Padilla Olivera

SSN                                                                    11222

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 2,100.00 | 4,200.00 |
| | | | 0.00 | 7,500.00 |
| Paycheck | | | 2,100.00 | 11,700.00 |

Pay Period: 06/01/2022 - 06/15/2022            Pay Date: 06/16/2022

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | |
| AZ - Withholding | 0.00 | |
| | 0.00 | |

| Net Pay | 2,100.00 | 11,700.00 |
|---|---|---|

Powered by Intuit Payroll

VH Harvesting, LLC., 41940 West Chambers Court, Maricopa, AZ 85138

**VH Harvesting**

Employee
Juan M Padilla Olivera

SSN

Pay Period: 06/18/2022 - 06/30/2022

11250

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | | |
| Paycheck | | | 1,650.00 | 5,850.00 |
| | | | 0.00 | 7,500.00 |
| | | | 1,650.00 | 13,350.00 |

Pay Date: 07/01/2022

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | |
| AZ - Withholding | | | 0.00 | |
| | | | 0.00 | |

| Net Pay | | | | |
|---|---|---|---|---|
| | | | 1,650.00 | 13,350.00 |

VH Harvesting, LLC., 41940 West Chambers Court, Maricopa, AZ 85138

Powered by **Intuit Payroll**

# EXHIBIT C

# T K FEEDS, INC.
## DRIVERS LOG

RIVERS NAME   JUAN PADILLA OLIVERA           TRUCK #   227           DATE 6/15/22

TART TIME: 6:00          END TIME: 5:00          TOTAL HOURS: 11

| OFF/ON ROAD | LOADED/ EMPTY | ORIGIN | DESTINATION | COMMODITY | TICKET # | NET WEIGHT | START ODOMETER | END ODOMETER | TOTAL AZ MILES | TOTAL OU MILES |
|---|---|---|---|---|---|---|---|---|---|---|
| | E | Fill | Quality Liquid Feeds | — | — | — | | | | |
| | L | Quality Liquid Feeds | el dorado DAIRY | Soy Plus | 44026 | 27.161 | 11349647 | 11349746 | | |
| | E | el dorado DAIRY | quality Liquid Feeds | — | — | — | 11349746 | 11349835 | | |
| | L | quality Liquid Feeds | CASA Grande DAIRY | Soy Plus | — | — | 11349835 | 11349945 | | |
| | E | CASA Grande DAIRY | Corondo | — | — | — | 11349945 | 11351759 | | |
| | L | Corondo | TGK | Whole Corn | 8447 | 76060 | 11351759 | 11353756 | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |



## VH Harvesting

**Employee**
Juan M Padilla Olivera

SSN

1205A

Pay Period 08/16/2022 - 08/31/2022

Pay Date: 08/26/2022

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 2,800.00 | 12,850.00 |
| Paycheck | | | 0.00 | 9,500.00 |
| | | | 2,800.00 | 22,350.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | |
| AZ - Withholding | | | 0.00 | |
| | | | 0.00 | |

| Net Pay | | | 2,800.00 | 22,350.00 |

Powered by Intuit Payroll

VH Harvesting, LLC., 41940 West Chambers Court, Maricopa, AZ 85138