# EXHIBIT 6

1  MARC A. PILOTIN
   Regional Solicitor
2  BORIS ORLOV
   Counsel for Wage and Hour
3  CHARLES SONG (CSBN 204497)
   Senior Trial Attorney
4  VICTORIA YEE (CSBN 326366)
   Trial Attorney
5  UNITED STATES DEPARTMENT OF LABOR
   350 S. Figueroa Street, Suite 370
6  Los Angeles, CA 90071-1202
   Telephone: (213) 894-1594
7  Fax:  (213) 894-2064
   yee.victoria.w@dol.gov
8  *Attorneys for Plaintiff Martin J. Walsh*
   *Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh,<br>    Secretary of Labor,<br>    United States Department of Labor,<br><br>              Plaintiff,<br>    v.<br><br>VH Harvesting, an Arizona LLC;<br>T&K Feeds, Inc. an Arizona corporation;<br>Preston Van Hofwegen, an individual.<br><br>              Defendants. | Case No. [Case Number]<br><br>[Empl 3] ETARY'S MOTION AND MEMORANDUM FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION |

DECLARATION OF [Empl 3] IN SUPPORT OF SECRETARY'S MOTION AND MEMORANDUM FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION
Case No. [Case Number]

1  Yo, █████████████ declaro lo siguiente:

2      1.    Tengo conocimiento personal de todos los hechos declarados en esta
3  declaración, y si me llamaran a testificar, podría y lo haría de manera competente.

4      2.    He estado trabajando como chofer para VH Harvesting LLC en Arizona y Texas
5  desde marzo de este año.

6      3.    Soy de █████ México. En México, escuché sobre un trabajo con VH Harvesting
7  LLC para trabajar en los Estados Unidos. Me dijeron que estaría manejando camiones en los campos y
8  que me pagarían $150 por día y que trabajaría un máximo de 10 a 12 horas por día y cualquier tiempo
9  que pasara de las 12 horas sería tiempo extra. No me dijeron cuánto más me pagarían por las horas
10 superiores a 12. Tampoco no me dijeron que trabajaría para varias empresas. Además, no me dijeron
11 que tendría que realizar el mantenimiento de los camiones. Acepté la oferta y me dijeron que
12 proporcionara fotografías del pasaporte y copias de la licencia de conducir a VH Harvesting.

13     4.    En el 27 de febrero de 2022, o alrededor de esa fecha, viajé a Nogales en una
14 camioneta, pagada por VH Harvesting. Me alojé en el Hotel Plaza Nogales durante cuatro noches y
15 cinco días con otros 8 trabajadores. Sus nombres son: ████████████████████████
16 ████████████████████████████████████████████████████████████████
17 ████████████████████████████ VH Harvesting pagó el hotel y una vez que pudimos
18 cruzar "oficialmente", nos dieron $250 (efectivo) para comida y subsistencia.

19     5.    El 4 de marzo de 2022, o alrededor de esa fecha, obtuve mi visa. 6 trabajadores
20 procedían de █████ y cuatro trabajadores de █████. Luego nos subieron a una camioneta de la
21 compañía y nos llevaron a Kansas, donde estaban los camiones. Ese día no nos dieron de comer hasta
22 las 10 de la noche. Pasamos la noche en Kansas en un hotel. Nos alojamos 4 personas en una habitación
23 de hotel, eran 2 hombres en una cama.

24     6.    Al día siguiente, a las 4 a. m., nos dieron un camión a cada uno para que
25 empezáramos a conducir de regreso a Arizona. Llegamos hasta Nuevo México antes de tener que
26 detenernos y quedarnos en otro hotel. La situación de la habitación era la misma que en Kansas. Nos
27 quedamos solo una noche antes de continuar el viaje a Arizona al día siguiente a las 6 de la mañana.
28 Llegamos a Arizona alrededor de las 9 de la noche.

**DECLARATION**

Page 1 of 4

7. Una vez en Arizona, mis deberes laborales eran conducir los camiones desde las granjas hasta varios almacenes o lecherías durante 1 día a la semana. Tengo licencia federal de Mexico. Se adjunta una copia fiel y correcta de mi licencia de conducir. Los estados a los que he viajado bajo la dirección de VH Harvesting son: Texas, California, Arizona, Louisiana y Nuevo México. Los otros días, se me pidió que trabajara en el taller de VH Harvesting y ayudar a los mecánicos con el mantenimiento y mecánica en los camiones.

8. A ▮▮▮▮▮▮▮▮▮, me indicaron que fuera hasta Louisiana en el camión. Durante este tiempo, estuvimos transportando arena para VH Harvesting. Estuve en Louisiana durante tres semanas, pero a 2 trabajadores se les dijo que se quedaran una o dos semanas más.

9. Durante este tiempo, se nos pidió que durmiéramos en la cabina de los camiones. Tuve que compartir un camarote con litera con otro trabajador. El aire acondicionado/calefacción en las cabinas de los camiones no funcionaba y las condiciones eran apretadas e incómodas.

10. Para bañarnos y comprar comida, íbamos a las paradas de camiones. Estimo que pagué alrededor de $50 a $60 por día para comer y bañarme durante este período. Pagamos por esto con nuestro propio dinero.

11. Luego nos enviaron a Texas por 2 o 3 semanas para trabajar para una compañía llamada Sierra.

12. Luego me dijeron que volviera a Arizona para trabajar un día con VH Harvesting. Trabajé en Arizona yendo y viniendo de las granjas a las lecherías hasta la fecha, que fue cuando me dijeron que fuera a Bakersfield, CA luego en la tarde me cambiaron para TK Feed.

13. Trabajé en Bakersfield, CA conduciendo para TK Feed durante aproximadamente 3 semanas. Nos proporcionaron una casa. Trabajábamos aproximadamente de 12 a 14 horas al día, los 7 días de la semana.

14. Estamos obligados a mantener registros de los conductores que también sirvan como hojas de tiempo. Estos registros son mantenidos por VH Harvesting y TK Feed. Los registros tienen la hora de inicio y finalización, la ubicación y el millaje. Recientemente, nos dijeron que bajáramos una aplicación en la internet, llamada MyETimeCard de Worksana en la que marcamos la entrada y la salida.

**DECLARATION**

15. Luego me dijeron que regresara a Arizona el ■ de mayo. La primera semana después de mi regreso, manejaba aproximadamente 8 a 10 horas al día. Luego, en julio, las horas aumentaron a aproximadamente 12 a 15 horas al día, 7 días a la semana.

16. Actualmente estoy trabajando para TK Feed recogiendo heno para llevar a su lechería 5 a 6 días a la semana. Actualmente vivo con 3 otros trabajadores que hacen lo mismo. VH Harvesting me paga aunque cambia según el trabajo, pero recibo instrucciones de VH Harvesting y de TK Feed. Mi supervisor es el propietario, Preston, de VH Harvesting. Nuestro contacto y supervisor para TK Feed es Arcenio.

17. Actualmente vivo en una casa en Maricopa, Arizona. Vivo allí con 3 otros trabajadores. Antes éramos 6 trabajadores en la casa, pero 2 se fueron. Uno estaba enfermo y el otro se fue porque el trabajo pagaba muy poco. Los otros trabajadores y yo no recibimos deducciones por comidas. En el camino, hubo momentos en los que no nos pagaron lo suficiente para pagar las comidas.

18. Los otros trabajadores y yo recibimos dos camionetas que usamos para ir y venir de la lechería para recoger los camiones todos los días.

19. Al comienzo de mi empleo, me pagaban $1,500 por semana durante aproximadamente 3 semanas. Me han pagado $150 por dia el resto de mi empleo. Me pagan dos veces al mes, el día primero y 16. Me pagan la tarifa diaria independientemente de las horas que trabajo.

20. Cuando hemos hablado sobre las condiciones y el pago, Preston nos ha dicho que si no estamos contentos, nos llevará hasta el frontera para que podamos volver a casa. La semana pasada le dije a Preston que me pagan muy poco y trabajo demasiado. Me dijo que si no me gustaba, podía ir al hotel a juntar mis cosas y él me llevaría a la frontera. También ha hecho amenazas como llamar a las policía e inmigración contra nosotros. Me temo que tomará represalias contra nosotros por hablar sobre las condiciones del lugar de trabajo.

21. También hablé con TK Feed sobre el salario bajo y las horas altas, y dijeron que comenzarían a pagarme por hora. No me pagan hasta el día primero, así que no sé si eso sucedió.

22. Después de hablar con Preston sobre las horas altas, TK Feed redujo mi horario y el de otros trabajadores a 10-12 horas al día con el domingo como día libre.

**DECLARATION**

23. Además de conducir, también me dicen que realice el mantenimiento y las reparaciones mecánicas de los camiones. Esto paso cuando estuve trabajando en Nuevo Mexico. Fueron 4 días haciendo trabajo mecánico para VH Harvesting para que nos pagaran esos días. Tengo experiencia en la conducción de los camiones, pero no tengo experiencia en mecánica. Algunos trabajos mecánicos que debemos realizar incluyen el cambio de llantas, frenos y aceite. No tengo experiencia haciendo este tipo de trabajo mecánico.

24. Los otros trabajadores y yo estamos preocupados por nuestros problemas de visa y la posibilidad de regresar a los EE. UU. con una visa de trabajo debido a esta situación laboral.

Declaro bajo pena de perjurio bajo las leyes de los Estados Unidos que lo anterior es verdadero y correcto y que esta declaración fue ejecutada en Maricopa, Arizona, Estados Unidos el 11 de octubre de 2022



**DECLARATION**

Page 4 of 4

I, ▆▆▆▆▆▆▆▆, declare as follows:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. I have been working as a driver for VH Harvesting LLC in Arizona and Texas since March of this year.

3. I am from ▆▆▆▆, Mexico. In Mexico, I heard about a job with VH Harvesting LLC to work in the United States. I was told that I would be driving semi-trucks in the fields and I would be paid $150 a day and work a maximum of 10-12 hours a day and anything over 12 hours would be overtime. I was not told how much extra I would be paid for hours over 12. I was not told that I would be driving across state lines and working in multiple US states. I was also not told that I would be working for multiple companies. Additionally, I was not told that I would be required to perform maintenance on these trucks that I am driving. I accepted the offer and was told to provide passport pictures and driver's license copies to VH Harvesting.

4. On or about February 27, 2022, I traveled to Nogales in a van, paid for by VH Harvesting. I stayed at Hotel Plaza Nogales for four nights and five days with 8 other workers. Their names are: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆. VH Harvesting paid for the hotel and once we were "officially" able to cross, we were given $250 in cash for meal and subsistence.

5. On or about March 4, 2022, I got my visa. 6 workers came from ▆▆▆▆ and four workers came from ▆▆▆▆▆. We were then put into a company van and driven to Kansas where we picked up semi-trucks. We did not get fed that day until 10 p.m. We stayed the night in Kansas at a hotel. We stayed 4 people to one hotel room, and it was 2 men to one bed.

6. The next day at 4am, we were each given a truck to begin driving back to Arizona. We made it as far as New Mexico before we had to pull over and stay at another hotel. The room situation was the same as Kansas. We stayed one night before continuing the journey to Arizona the next day at 6am. We arrived in Arizona around 9pm.

7. Once in Arizona, my job duties were to drive the semi-trucks from farms to various warehouses or dairies for 1 days a week. I have a federal license from Mexico. Attached

**DECLARATION**

Page 1 of 4

1  is a true and correct copy of my driver's license. States I have traveled to at VH Harvesting's
2  direction are: Texas, California, Arizona, Louisiana, and New Mexico. The other days, I was
3  required to work in the VH Harvesting shop and help the mechanics with performing
4  maintenance and mechanical work on the trucks.

5      8.    In ▓▓▓▓, I was instructed to drive to Louisiana in the semi-truck. During this
6  time, we were transporting sand for VH Harvesting. I was in Louisiana for three weeks, but 2
7  workers were told to stay for an additional week or two.

8      9.    During this time, we were required to sleep in the cab of the semi-trucks. I had to
9  share a bed with another worker. The AC/heater in the cabs of the semi-trucks did not work and
10 the conditions were cramped and uncomfortable.

11     10.    To shower and buy food, we would go to truck stops. I estimate that I paid about
12 $50 to $60 per day to eat and shower during this period. We paid for this out of our own money.

13     11.    We were then sent to Texas for 2-3 weeks to work for a company called Sierra.

14     12.    I was then told to go back to Arizona to work one day for VH Harvesting. I
15 worked in Arizona driving back and forth from farms to dairies until, which was when I was
16 told to go to Bakersfield, CA then in the evening they changed me to TK Feed.

17     13.    I worked in Bakersfield, CA driving for TK Feed for about 3 weeks. We were
18 provided a house. We worked roughly 12-to-14-hour days, 7 days a week.

19     14.    We are required keep driver logs that also double as time sheets. These logs are
20 maintained by VH Harvesting and TK Feed. The logs have the start and end time, location, and
21 mileage on them. Recently, we were told to download an internet app called MyETimeCard by
22 Worksana where we clock in and out on.

23     15.    I was then told to go back to Arizona on the ▓▓ of May. The first week after my
24 return, I drove approximately 8 to 10 hours a day. Then in July, the hours picked up to about 12
25 to 15 hours a day, 7 days a week.

26     16.    Currently I am working for TK Feed picking up hay to take to their dairy 5 to 6
27 days a week.  I currently live with 3 other workers who do the same thing. I am paid by VH
28 Harvesting, although it changes with the job, but receive direction from both VH Harvesting

**DECLARATION**

Page 2 of 4

and TK Feed. My supervisor is the owner, Preston, from VH Harvesting. Our contact and supervisor for TK Feed is Arcenio.

17. I am currently living at a house in Maricopa, Arizona. I live there with 3 other workers. There used to be 6 of us workers in the house but 2 left. One was sick and the other left because the work paid too little. The other workers and I do not receive deductions for meals. On the road, there have been times where we had not been paid enough to afford meals.

18. The other workers and I were given two pick-up trucks that we use to get to and from the dairy to pick up the semi-trucks every day.

19. At the beginning of my employment, I was paid $1,500 per week for about 3 weeks. I have been paid $150 for the remainder of my employment. I am paid twice a month on the 1st and the 16th. I am paid the day rate regardless of the hours that I work.

20. When we have spoken up about the conditions and pay, Preston has told us that if we are unhappy, he will drive us down to the border so we can go back home. Last week, I told Preston that I get paid too little and work too much. He told me that if I didn't like it, I could go to the hotel and get my stuff and he would take me to the border. He has also made threats such as calling the law enforcement and immigration on us. I am afraid that he will retaliate against us for speaking up about workplace conditions.

21. I also spoke with TK Feed about the low pay and high hours, and they said they would start paying me hourly. I don't get paid until the 1st, so I do not know if that happened.

22. After talking to Preston about the high hours, TK Feed reduced my and other workers' hours to 10-12 hours a day with Sunday as a day off.

23. In addition to driving, I am also told to perform maintenance and mechanical repairs to the trucks. This happened when I was working in New Mexico. I spent 4 days working on mechanical repairs for VH Harvesting so that those days would be paid. I have experience in driving the trucks, but do not have experience in mechanics. Some mechanical work we are required to perform include changing the tires, brakes, and oil. I do not have experience doing this type of mechanical work.

**DECLARATION**

24. The other workers and I are concerned with our visa issues and the ability to return to the U.S. on a visa to work due to this work situation.

I declare under penalty of perjury that the above is true and correct and that this declaration was executed in Maricopa, Arizona on October 11, 2022.

I, Corrado Salvia, certify that I am fluent or competent in English and Spanish, and that the above/attached document is an accurate translation of the Declaration of ▮▮▮▮ ▮▮▮▮.

CORRADO SALVIA
Digitally signed by CORRADO SALVIA
Date: 2022.10.18 13:40:25 -07'00'

10/12/2022
Corrado Salvia
230 N 1st Ave Suite 402
Phoenix, AZ 85003

**DECLARATION**

Page 4 of 4

# EXHIBIT A



Estados Unidos Mexicanos
Secretaría de Comunicaciones y Transportes
Dirección General de Autotransporte Federal

## CONSTANCIA DE EXPEDICIÓN DE LICENCIA FEDERAL DIGITAL DE CONDUCTOR

**Número de Licencia:**

**CURP:**
VAMA830729HJCRGL05

**Nacionalidad:**
MÉXICO

**Número Expediente Médico**
1166999

Firma del titular

Lentes: NO
Diabetes: NO
Hipertensión: NO

**Fecha y hora de expedición:**
11-10-2022 13:43:05

**Vigencia de la Licencia:**
17-01-2019 - 16-01-2023

**Antigüedad:**
16-01-2019

**Categoría:**
B

**Tipo:**
B) CARGA

VÁLIDA SOLO PARA CIRCULAR EN LA REPÚBLICA MEXICANA.

Esta licencia podrá renovarse a partir de 16-12-2022



P R E S E N T E

Ciudad de México, a 11 de octubre de 2022.

La presente **Constancia de Expedición de Licencia Federal Digital de Conductor** emitida por la Secretaría de Comunicaciones y Transportes a través de la Dirección General de Autotransporte Federal se realiza con fundamento en lo previsto en los artículos: 5, 36 y 60 de la Ley de Caminos, Puentes y Autotransporte Federal; 69-C de la Ley Federal de Procedimiento Administrativo; 88, 89 , 90, 91, 92, 93, 93-A, y 93-B del Reglamento de Autotransporte Federal y Servicios Auxiliares; Acuerdo por el que se establecen las categorías de la licencia federal de conductor atendiendo al tipo de vehículo y clase de servicio que se presta, así como los requisitos para su obtención, y el Acuerdo por el que se Establecen las Reglas de Carácter General para la Instrumentación de la Licencia Federal Digital en los diversos modos de transporte de la Secretaría de Comunicaciones y Transportes.

Nuestro objetivo es que el uso y adopción de la **Licencia Federal Digital de Conductor desplegada mediante teléfono celular** impulse el desarrollo de habilidades y capacidades digitales, favoreciendo que los conductores de vehículos que prestan servicios de autotransporte federal, transporte privado y sus servicios auxiliares logren un aprovechamiento eficiente de las tecnologías y herramientas digitales, incorporándose a la cuarta revolución industrial, por lo que **la presente constancia tendrá una vigencia de treinta días naturales contados a partir de su expedición.**

Así mismo se hace de su conocimiento que para aquellos casos en los que su empleador o la autoridad competente requiera verificar la validez y vigencia de la Licencia Digital Federal de Conductor expedida a su favor, podrán optar por acceder a la Base de Datos de la Licencia Federal Digital de Conductor a través de sus equipos de telefonía celular móviles, escaneando el Código QR que aparece en el presente documento y en la Licencia Federal Digital desplegada en su teléfono celular o ingresando a la siguiente liga de consulta: http://app.sct.gob.mx/ConsultaInfracciones/detalleLicFederal.do. Siendo nuestro compromiso que la identidad de cada persona esté protegida y segura, por ello contamos con los máximos estándares para la protección de los datos personales. En este marco, es importante que verifique que la información contenida en la presente constancia sea correcta.

Agradezco tu participación.

**ABRAHAM ARCINIEGA CAMARENA**

**DIRECTOR DEL CENTRO METROPOLITANO**

Para cualquier aclaración o duda sobre su Licencia Federal Digital de Conductor comuníquese al teléfono: 55 57 23 98 00, ext.: 45874

**La impresión de la Constancia de Expedición de Licencia Federal Digital de Conductor en papel bond, a color o blanco y negro, es válida y debe ser aceptada para acreditar el cumplimiento de los requisitos de médicos, de capacitación y administrativos establecidos en la normatividad vigente, para la conducción de vehículos de acuerdo con la categoría o categorías de que se trate.**

**TRÁMITE CON COSTO**

Los Datos Personales recabados, incorporados y tratados en la Base de Datos Nacional de la Licencia Digital Federal de Conducir, son utilizados como elementos de apoyo en la función de la Secretaría de Comunicaciones y Transportes, a través de la Dirección General de Autotransporte Federal. Dicha Base de Datos se encuentra registrada en el Sistema Persona del Instituto Nacional de Transparencia, Acceso a la Información Pública y Protección de Datos Personales (http://persona.ifai.org.mx/persona/welcome.do). La transferencia de los Datos Personales y el ejercicio de los derechos de acceso, rectificación, cancelación y oposición, deben realizarse conforme a la Ley General de Protección de Datos Personales en Posesión de los Sujetos Obligados y demás normatividad aplicable. Para ver la versión integral del aviso de privacidad ingresar a http://www.sct.gob.mx/politica-de-privacidad-y-terminos-de-uso-de-la-informacion.

Nota: Se recomienda que en caso de ser necesario imprimir el presente documento, se realice mediante impresora láser para una mejor lectura del código QR.