# EXHIBIT 7

1  MARC A. PILOTIN
   Regional Solicitor
2  BORIS ORLOV
   Counsel for Wage and Hour
3  CHARLES SONG (CSBN 204497)
   Senior Trial Attorney
4  VICTORIA YEE (CSBN 326366)
   Trial Attorney
5  UNITED STATES DEPARTMENT OF LABOR
   350 S. Figueroa Street, Suite 370
6  Los Angeles, CA 90071-1202
   Telephone: (213) 894-1594
7  Fax:  (213) 894-2064
   yee.victoria.w@dol.gov
8  *Attorneys for Plaintiff Martin J. Walsh*
   *Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh,<br>    Secretary of Labor,<br>    United States Department of Labor,<br><br>                        Plaintiff,<br>    v.<br><br>VH Harvesting, an Arizona LLC;<br>T&K Feeds, Inc. an Arizona corporation;<br>Preston Van Hofwegen, an individual.<br><br>                        Defendants. | Case No. [Case Number]<br><br>**ATION OF** Empl 4<br>**IN SUPPOR**<br>**ARY'S MOTION AND**<br>**MEMORANDUM FOR**<br>**TEMPORARY RESTRAINING**<br>**ORDER AND ORDER TO SHOW**<br>**CAUSE RE: PRELIMINARY**<br>**INJUNCTION** |

DECLARATION OF Empl 4 IN SUPPORT OF SECRETARY'S MOTION AND
MEMORANDUM FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE:
PRELIMINARY INJUNCTION
Case No. [Case Number]

Yo, ▮▮▮▮▮▮▮▮ declaro lo siguiente:

1. Tengo conocimiento personal de todos los hechos declarados en esta declaración, y si me llamaran a testificar, podría y lo haría de manera competente.

2. He estado trabajando como chofer para VH Harvesting LLC en Kansas, Nuevo México, Luisiana, Arizona, California y Texas desde marzo de este año.

3. Escuché sobre el trabajo de VH Harvesting en México. Me puse en contacto con la empresa y me pidieron que proporcionara una copia de mi licencia de conducir y pasaporte.

4. En el momento de la contratación, me dijeron que conduciría camiones en los campos. Me pagarían $ 150 por día, trabajaría un máximo de 10 a 12 horas por día y cualquier cosa que supere las 12 horas sería tiempo extra. No me dijeron cuánto más me pagarían por las horas más de las 12. No me dijeron que cruzaría las fronteras estatales y trabajaría en varios estados de EE. UU. Tampoco me dijeron que trabajaría para varias empresas. Además, no me dijeron que tendría que realizar tareas de mantenimiento y reparación en los camiones que conduzco.

5. Me alojé en el Hotel Plaza Nogales durante cuatro noches y cinco días con otros 8 trabajadores esperando mi visa. VH Harvesting pagó el hotel.

6. El 4 de marzo de 2022 obtuve mi visa. Una vez que pudimos ingresar a los EE. UU., nos dieron $250 en efectivo para comidas y subsistencia. Al ingresar a los EE. UU., junto con otros 5 trabajadores, obtuvimos contratos. El contrato se proporcionó en inglés y no en español, mi idioma nativo.

7. Después de firmar los contratos, nos subieron inmediatamente a una camioneta de la empresa y nos llevaron a Kansas, donde recogimos camiones. Ese día no nos dieron de comer hasta las 10 de la noche. Pasamos la noche en Kansas en un hotel. Nos alojamos 4 personas en una habitación de hotel y eran 2 hombres en una cama.

8. Al día siguiente, a las 4 a.m., nos dieron un camión a cada uno para que empezáramos a conducir de regreso a Arizona. Llegamos hasta Nuevo México antes de tener que detenernos y quedarnos en otro hotel. La situación de la habitación era la misma que en Kansas. Nos quedamos una noche antes de continuar el viaje a Arizona al día siguiente a las 6 a.m. Llegamos a Arizona alrededor de las 9 p.m.

**DECLARATION**

Page 1 of 5

9. Una vez en Arizona, mis deberes laborales eran conducir los camiones desde las granjas hasta varios almacenes o lecherías durante 3 o 4 días a la semana. Los otros días me requerían trabajar en el taller de VH Havesting y ayudar a los mecánicos a realizar el mantenimiento y el trabajo mecánico en los camiones.

10. A los fines de marzo, me dieron instrucciones de conducir a Luisiana en el camión. Durante este tiempo, estuvimos transportando arena para VH Harvesting. Estuve en Luisiana durante unas dos semanas.

11. Durante este tiempo, teníamos que dormir en la cabina de los camiones. Tuve que compartir la cama con otro trabajador. El aire acondicionado/calentador en las cabinas de los camiones no funcionaba y las condiciones eran estrechas e incómodas.

12. Para bañarse y comprar comida, íbamos a las paradas de camiones. Estimo que pagué alrededor de $50 a $60 por día para comer y bañarme durante este período. Pagamos por esto con nuestro propio dinero.

13. Luego nos enviaron a Texas por 2 a 3 semanas para trabajar para una compañía llamada Sierra.

14. Luego me dijeron que volviera a Arizona. Trabajé en Arizona yendo y viniendo de las granjas a las lecherías hasta el ▮ de abril, que fue cuando me dijeron que fuera a Bakersfield, CA para TK Feed.

15. Trabajé en Bakersfield, CA conduciendo para TK Feed durante aproximadamente un mes. Nos proporcionaron una habitación en una casa. Conducíamos aproximadamente de 12 a 14 horas al día, los 7 días de la semana.

16. Luego me dijeron que regresara a Arizona el ▮▮▮▮. La primera semana después de mi regreso, trabajé aproximadamente de 12 a 14 horas a veces mas por día. Luego, en julio, las horas aumentaron a 12-14 horas al día, los 7 días de la semana. <u>Se adjuntan como Anexo A copias verdaderas y correctas de mis registros de conductor.</u>

17. Estamos obligados a mantener registros de conductores que también sirvan como hojas de tiempo. Estos registros son mantenidos por VH Harvesting y TK Feed. Los registros tienen la hora de

**DECLARATION**

Page 2 of 5

inicio y finalización, la ubicación y el kilometraje. Recientemente, nos dijeron que descargáramos una aplicación llamada MyETimeCard de Worksana en la que marcamos la entrada y la salida.

18. Actualmente estoy trabajando para TK Feed recogiendo heno para llevar a su lechería los 7 días de la semana. Actualmente vivo con otros 3 trabajadores que hacen lo mismo. VH Harvesting me paga, pero recibo instrucciones tanto de VH Harvesting como de TK Feed. Mi supervisor es el propietario, Preston, de VH Harvesting. Nuestro contacto y supervisor para TK Feed es Arcenio.

19. Durante el tiempo que trabajamos para la empresa trabajamos días largos. Nuestros días laborales consisten en conducir y esperar a que carguen y descarguen los camiones. La totalidad de nuestro día lo pasamos en el camión. Incluso cuando no estamos conduciendo, estamos en el camión esperando para cargar o descargar. Desde julio hasta los finales de septiembre estuvimos trabajando de 12 a 14 horas al día, los 7 días de la semana.

20. El 26 de Septiembre, fuimos a hablar con Preston sobre un nuevo trabajo que debíamos hacer. Este trabajo consistía en realizar dos viajes diarios a Wilcox. Fuimos a decirle a Preston que el trabajo sería demasiado para la cantidad de salario que recibíamos y que preferiríamos regresar a México en lugar de hacer ese trabajo. Preston nos dijo que no podía dejarnos regresar debido a los requisitos de la visa. Que, si no queríamos trabajar más, nos dejaría en la frontera con México y no era responsable más allá de eso. Le respondí y le dije que me comprara un boleto de avión para volver a casa en Jalisco y Preston me dijo que no iba a hacer eso. Preston también nos dijo que si no queríamos trabajar más, llamaría a la policía para reportar que ya no teníamos visa.

21. El martes pasado, también hablé con TK Feed sobre el salario bajo y las horas altas, y dijeron que comenzarían a pagarme por hora. No me pagan hasta el 1, así que no sé si eso sucedió.

22. Después de hablar con Preston sobre las horas altas, TK Feed redujo mi horario y el de otros trabajadores a 10-12 horas al día con el domingo como día libre.

23. Hay varios días que no nos pagan y dicen que viene, pero nunca pagan y no nos dicen cuánto nos van a pagar. Cuando me han pagado, al comienzo de mi empleo me pagaron $100 por día durante aproximadamente 2 a 3 semanas. Me han pagado $150 desde que empese a trabajar para TK Feed. Supone que me pagan dos veces al mes el 1 y el 16. Me pagan la tarifa diaria independientemente

**DECLARATION**

Page 3 of 5

1  de las horas que trabajo. Solo accedieron a darnos una comida al día, pero a veces ni siquiera recibimos
2  eso.

3  24.  Actualmente vivo en una casa en Maricopa, Arizona. Vivo allí con otros 3 trabajadores.
4  Antes éramos 6 trabajadores en la casa pero 2 se fueron. Uno estaba enfermo y el otro se fue porque el
5  trabajo pagaba muy poco. Los otros trabajadores y yo no recibimos deducciones por comidas. En el
6  camino, hubo momentos en los que no nos pagaron lo suficiente para pagar nuestras comidas.

7  25.  Los otros trabajadores y yo recibimos dos camionetas que usamos para ir y venir de la
8  lechería para recoger los camiones todos los días. Los estados en los que he trabajado bajo la dirección
9  de Preston son: Texas, California, Arizona, Luisiana y Nuevo México.

10  26.  Cuando trabajaba para VH Harvesting en Texas, tenía un camión que no me sentía
11  cómodo conduciendo. Conduje ese vehículo durante unos dos meses sin que me lo arreglaran. El
12  problema era que el freno de motor del vehículo no estaba presente. Los camiones tienen dos sistemas
13  de frenado que incluyen el freno de motor y el freno de pedal. El freno de motor funciona junto con el
14  sistema de freno de pedal para detener el camión. Por lo general, utilizará el freno de motor para ayudar
15  al freno de pedal, quitando presión a los discos de freno para evitar que se sobrecalienten los discos y se
16  descompongan. Los frenos de motor se utilizan cuando los conductores tienen que detenerse
17  bruscamente, como cuando van cuesta abajo o tienen que detenerse rápidamente en una luz amarilla. Hay
18  un botón en la cabina que los conductores presionan para iniciar el freno del motor.

19  27.  Mientras aún estaba en Texas, hablé con Víctor, el supervisor, sobre mis preocupaciones
20  con el freno. Víctor me decía que el camión no era una prioridad y que tenían otros camiones que
21  necesitaban arreglarse antes de mi camión. Recuerdo haber solicitado que repararan el camión varias
22  veces, pero nunca lo hicieron. Creo que también podría haberle enviado algunos mensajes de texto a
23  Víctor sobre el estado del camión. Cuando terminé de trabajar con el camión, se lo entregué a ▮, otro
24  trabajador de H2A. Mientras ▮ usaba el camión, todavía tenía el mismo problema, y no creo que el
25  problema se solucionara mientras ▮ lo tubo.

26  28.  Mientras estuve en Luisiana, recuerdo que otros trabajadores de H2A, ▮ y ▮
27  ▮, conducían un vehículo que no tenía freno de motor, tenía pastillas y discos de freno en pésimas
28  condiciones y un motor que perdía grandes cantidades de aceite. La fuga de aceite era tan grave que los

**DECLARATION**

Page 4 of 5

conductores recargaban alrededor de 5 galones de aceite de motor cada dos días para reponer el aceite perdido. También informaron ese problema a Víctor, quien les dijo que estaban tratando de obtener las piezas correctas para solucionar los problemas. Esas piezas nunca llegaron. El camión finalmente terminó de trabajar mientras estaban en Luisiana. La empresa tuvo que llevar el camión a una gasolinera cercana mientras buscaba la manera de llevarlo de regreso a Arizona. Ninguno de los camiones tenía aire acondicionado o calentador que hacía que las condiciones en el interior fueran miserables, especialmente cuando se tenía que pasar la noche en ellos. Hubo muchos problemas con los camiones y seguimos pidiéndoles que los arreglen y no los arreglan. Sólo nos dicen que los conduzcamos.

29. Los otros trabajadores y yo estamos preocupados con problemas de visa y la capacidad de regresar a los EE. UU. con una visa para trabajar debido a esta situación laboral.

30. Además de conducir, también me dicen que haga mantenimiento y mecánica a los camiones. Tengo experiencia en la conducción de los camiones, pero no tengo experiencia en mecánica. Algunos trabajos mecánicos que debemos realizar incluyen el cambio de neumáticos, frenos y aceite cuando estube en Nuevo Mexico por como 4 dias. No tengo experiencia haciendo este tipo de trabajo mecánico.

Declaro bajo pena de perjurio bajo las leyes de los Estados Unidos que lo anterior es verdadero y correcto y que esta declaración fue ejecutada en Maricopa, Arizona, Estados Unidos el 11 de octubre de 2022

Gerardo Zepeda

**DECLARATION**

Page 5 of 5

I, ▓▓▓▓▓▓▓▓ , declare as follows:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2. I have been working as a driver for VH Harvesting LLC in Kansas, New Mexico, Louisiana, Arizona, and Texas since March of this year.

3. I heard about the VH Harvesting job in Mexico. I contacted the company and was asked to provide a copy of my driver's license and passport.

4. At the time of recruitment, I was told that I would be driving semi-trucks in the fields. I would be paid $150 a day, work a maximum of 10-12 hours a day, and anything over 12 hours would be overtime. I was not told how much extra I would be paid for hours over 12. I was not told that I would be driving across state lines and working in multiple U.S. states. I was also not told that I would be working for multiple companies. Additionally, I was not told that I would be required to perform maintenance and repairs on the trucks that I drive.

5. I stayed at Hotel Plaza Nogales for four nights and five days with 8 other workers waiting for my visa. VH Harvesting paid for the hotel.

6. On March 4, 2022, I got my visa. Once we were able to enter the U.S., we were given $250 via check for meals and subsistence. Upon entry to the U.S., I along with 5 other workers, were given contracts. The contract was provided in English and not in Spanish, my native language.

7. After we signed the contracts, we were immediately put into a company van and driven to Kansas where we picked up semi-trucks. We did not get fed that day until 10 p.m. We stayed the night in Kansas at a hotel. We stayed 4 people to one hotel room, and it was 2 men to one bed.

8. The next day at 4 a.m., we were each given a truck to begin driving back to Arizona. We made it as far as New Mexico before we had to pull over and stay at another hotel. The room situation was the same as Kansas. We stayed one night before continuing the journey to Arizona the next day at 6 a.m. We arrived in Arizona at around 9 p.m.

**DECLARATION**

Page 1 of 5

9. Once in Arizona, my job duties were to drive the semi-trucks from farms to various warehouses or dairies for 3-4 days a week. The other days, I was required to work in the VH Harvesting shop and help the mechanics with performing maintenance and mechanical work on the trucks.

10. Towards the end of March, I was instructed to drive to Louisiana in the semi-truck. During this time, we were transporting sand for VH Harvesting. I was in Louisiana for about two weeks.

11. During this time, we were required to sleep in the cab of the semi-trucks. I had to share the bed with another worker. The AC/heater in the cabs of the semi-trucks did not work and the conditions were cramped and uncomfortable.

12. To shower and buy food, we would go to truck stops. I estimate that I paid about $50 to $60 per day to eat and shower during this period. We paid for this out of our own money.

13. We were then sent to Texas for 2-3 weeks to work for a company called Sierra.

14. I was then told to go back to Arizona. I worked in Arizona driving back and forth from farms to dairies until April ▮, which was when I was told to go to Bakersfield, CA for TK Feed.

15. I worked in Bakersfield, CA driving for TK Feed for about one month. We were provided a room in a house. We drove roughly 12-to-14-hour days, 7 days a week.

16. I was then told to go back to Arizona on ▮▮▮▮. The first week after my return, I worked approximately 12-14 hours a day, sometimes more. Then in July, the hours picked up to about 12-14 hours a day, 7 days a week. <u>True and correct copies of my driving records are attached as Exhibit A.</u>

17. We are required keep driver logs that also double as time sheets. These logs are maintained by VH Harvesting and TK Feed. The logs have the start and end time, location, and mileage on them. Recently, we were told to download an app called MyETimeCard by Worksana where we clock in and out on.

18. Currently I am working for TK Feed picking up hay to take to their dairy 7 days a week. I currently live with 3 other workers who do the same thing. I am paid by VH

**DECLARATION**

Harvesting but receive direction from both VH Harvesting and TK Feed. My supervisor is the owner, Preston, from VH Harvesting. Our contact and supervisor for TK Feed is Arcenio.

19. During the time that we worked for the company we worked long days. Our workdays consist of driving and waiting for the trucks to be loaded and unloaded. The entirety of our day is spent in the truck. Even when we are not driving, we're in the truck waiting to load or unload. From July to end of September we were working 12-14 hours a day, 7 days a week.

20. On the 26th of September, we went in to talk to Preston about a new job we were meant to do. This job was to take two runs daily to Wilcox. We went in to tell Preston that the work would be way too much for the amount of pay we were getting and that we would prefer to go back to Mexico instead of doing that job. Preston told us that he couldn't let us go back due to the visa requirements. That if we didn't want to work anymore, he'd drop us off at the Mexican border and he wasn't responsible past that. I responded to him and told him to buy me a plane ticket to go back home to Jalisco and Preston told me that he wasn't going to do that. Preston also told us that if we didn't want to work anymore that he would call the police on us to report that we didn't have visas anymore.

21. Last Tuesday, I also spoke with TK Feed about the low pay and high hours, and they said they would start paying me hourly. I don't get paid until the 1st so I do not know if that happened.

22. After talking to Preston about the high hours, TK Feed reduced my hours as well as other workers' hours to 10-12 hours a day with Sunday as a day off.

23. There are multiple days that they don't pay us, and they will say it's coming but they never pay and they won't tell us how much they are going to pay us. When I was paid, at the beginning of my employment I was paid $100 per day for about 2 to 3 weeks. I have been paid $150 for the remainder of my employment. I am supposed to be paid twice a month on the 1st and the 16th. I am paid the day rate regardless of the hours that I work. They only agreed to give us one meal a day but sometimes we don't even get that.

**DECLARATION**

Page 3 of 5

24. I am currently living at a house in Maricopa, Arizona. I live there with 3 other workers. There used to be 6 of us workers in the house but 2 left. One was sick and the other left because the work paid too little. The other workers and I do not receive deductions for meals. On the road, there have been times where we had not been paid enough to afford meals.

25. The other workers and I were given two pick-up trucks that we use to get to and from the dairy to pick up the semi-trucks every day. States I have worked in at Preston's direction are: Texas, California, Arizona, Louisiana, and New Mexico.

26. When I was working for VH Harvesting in Texas I had a truck that I didn't feel comfortable driving. I drove that vehicle for about two months without it being fixed. The issue was that the motor brake on the vehicle was not present. The trucks have two braking systems that include the motor brake and the pedal brake. The motor brake works in conjunction with the pedal brake system to bring the truck to a stop. You will typically use the motor brake to assist the pedal brake by taking pressure off the brake discs to prevent them from overheating and ultimately breaking down.  Motor brakes are used when drivers have to come to a hard stop like when they are going down hill or have to yield for a yellow light. There is a button in the cabin that drivers push to initiate the motor brake.

27. While I was still in Texas, I spoke to Victor, the supervisor, about my concerns with the brake. Victor would tell me that the truck was not a priority and that they had other trucks that needed things to be dealt with before his truck. I recall requesting that the truck be fixed multiple times, but they never did. I think I might have sent Victor some texts as well regarding the condition of the truck. When I was done working with the truck it was handed down to ▌ another H2A worker. While ▌ used the truck it still had the same problem, and I don't think the issue was ever fixed while ▌ used it.

28. While I was in Louisiana, I recall other H2A workers ▌ and ▌ ▌ drove a vehicle that didn't have a motor brake, had brake pads and discs that were in terrible condition and a motor that leaked substantial amounts of oil. The oil leak was so bad that the drivers were refilling about 5 gallons of motor oil every other day to replenish the oil lost. They also reported that issue to Victor who told them that they were trying to obtain the

**DECLARATION**

Page 4 of 5

right parts to fix the issues. Those parts never came. The truck eventually ended up breaking down while they were in Louisiana. The company had to haul the truck to a gas station nearby while the company figured out how to bring it back to Arizona. None of the trucks had air-conditioning or heating which made the conditions inside miserable especially when having to stay in them overnight.  There were a lot of issues with the trucks, and we keep asking them to fix them and they don't fix them.  They just tell us to drive them.

29. The other workers and I are concerned with our visa issues and the ability to return to the U.S. on a visa to work due to this work situation.

30. In addition to driving, I am also told to perform maintenance and mechanics to the trucks. I have experience in driving the trucks, but do not have experience in mechanics. Some mechanical work we are required to perform include changing the tires, brakes, and oil when I was in New Mexico for about 4 days. I do not have experience doing this type of mechanical work.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed in Maricopa, Arizona, United States on October 11, 2022.

_____

I, Corrado Salvia, certify that I am fluent or competent in English and Spanish, and that the above/attached document is an accurate translation of the Declaration of ▮▮▮▮▮▮▮.

CORRADO SALVIA
Digitally signed by CORRADO SALVIA
Date: 2022.10.18 13:41:24 -07'00'
_____

10/12/2022
Corrado Salvia
230 N 1st Ave Suite 402
Phoenix, AZ 85003
Phoenix, AZ 85003

**DECLARATION**

Page 5 of 5

# EXHIBIT A

# T K FEEDS, INC.
## DRIVERS LOG

TRUCK # 253　　　　DATE 5/27/22

DRIVERS NAME: [redacted]

START TIME: 6:00 AM　END TIME: 05:30　TOTAL HOURS: 11.30 hrs

| OFF/ON ROAD | LOADED/ EMPTY | ORIGIN | DESTINATION | COMMODITY | TICKET # | NET WEIGHT | START ODOMETER | END ODOMETER | TOTAL AZ MILES | TOTAL "OUT" MILES |
|---|---|---|---|---|---|---|---|---|---|---|
| | L | T&K | AZ/CA Line | Manure | 08088 | 75,940 | 262,1295 | 262,2734 | 146 | |
| | L | AZ/CA Line | Milky way | Manure | 08088 | 75,940 | 262,2754 | 262,3456 | | 71 |
| | E | Milky way | Midwest | | | | 262,3456 | 262,3638 | | |
| | L | Midwest | AZ/CA State line | Sprockel | 057788 | 77120 | 262,3638 | 262,4350 | | |
| | L | AZ/CA State line | T&K | Sprockel | 057788 | 77120 | 262,4350 | 262,5857 | | |

# T K FEEDS, INC.
## DRIVERS LOG

DRIVERS NAME: ▮▮▮▮▮▮▮▮▮  TRUCK # 2-5/5  DATE 9/20/22

START TIME: 4:00 AM   END TIME: 1:00 pm   TOTAL HOURS: ___

| OFF/ON ROAD | LOADED/ EMPTY | ORIGIN | DESTINATION | COMMODITY | TICKET # | NET WEIGHT | START ODOMETER | END ODOMETER | TOTAL AZ MILES | TOTAL "OUT" MILES |
|---|---|---|---|---|---|---|---|---|---|---|
| | F | TKH | willcox | | | | 4181 | 4363 | | |
| | L | willcox | TKH | | | | 4363 | 4544 | | |

# T K FEEDS, INC.
## DRIVERS LOG

DRIVERS NAME: [redacted]  TRUCK #: 2-45  DATE: 9/22/22
START TIME: 3:30 am  END TIME: 6:30 pm  TOTAL HOURS: ____

| OFF/ON ROAD | LOADED/EMPTY | ORIGIN | DESTINATION | COMMODITY | TICKET # | NET WEIGHT | START ODOMETER | END ODOMETER | TOTAL AZ MILES | TOTAL "OUT" MILES |
|---|---|---|---|---|---|---|---|---|---|---|
| | E | T&K | willcox | | | | 4910 | 5089 | | |
| | L | willcox | T&K | | | | 5089 | 5268 | | |
| | E | T&K | willcox | | | | 5268 | 5446 | | |
| | L | willcox | T&K | | | | 5446 | 5627 | | |





**T K FEEDS, INC.**
DRIVERS LOG

DRIVERS NAME: ▓▓▓▓▓▓  
TRUCK #: 2-45  
DATE: 9/23/22  
START TIME: 3:30am  END TIME: 4:30pm  
TOTAL HOURS: 

| LOADED/EMPTY | ORIGIN | DESTINATION | COMMODITY | TICKET # | NET WEIGHT | START ODOMETER | END ODOMETER | TOTAL AZ MILES | TOTAL "OUT" MILES |
|---|---|---|---|---|---|---|---|---|---|
| E | TK | willcox | | | | 5627 | 5809 | | |
| L | willcox | | | | | 5809 | 5993 | | |