**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Martin J. Walsh, Secretary of Labor, United States Department of Labor, | Case No. 2:22-cv-01805-PHX-DJH |
| Plaintiff, | |
| v. | **STIPULATION RE: ENTRY OF PRELIMINARY INJUNCTION AGAINST T & K FEEDS, INC.** |
| VH Harvesting, an Arizona, LLC; T & K Feeds, Inc.; Preston Van Hofwegen, an individual. | |
| Defendants. | |

Plaintiff Martin J. Walsh, Secretary of Labor, and Defendant T & K Feeds, Inc. have stipulated to a Preliminary Injunction.

Defendant T & K Feeds, Inc. ("Defendant") acknowledges service of process of the Secretary's Summons and Complaint.

Defendant T&K Feeds, Inc. agreed effective October 22, 2022, that it did discontinue employing VH Harvesting's H-2A workers admitted to the U.S. pursuant to the work order for H-2A Case No. 300-21350-769065.

Defendant agrees that if it ever uses the H-2A program that it will comply with applicable H-2A work order(s) and applicable federal, state, and local laws and standards, including but not limited to 20 C.F.R. § 655.122(h)(4); 29 C.F.R. §§ 500.105, 500.120-.128; and 29 C.F.R. § 1910.142.

Defendant and the Secretary will cooperate on exchanging documents and computations and work to resolve any outstanding pay due, if applicable.

Defendant admits that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the District of Arizona.

The Secretary and Defendant have stipulated and agreed to entry of a preliminary injunction on the terms set forth below.

**It is ORDERED** that a Stipulated Preliminary Injunction is granted; and

**It is ORDERED** effective immediately that Defendant is enjoined and restrained from employing VH Harvesting's H-2A workers admitted to the United States pursuant to the approved work order for H-2A Case No. 300-21350-769065 unless otherwise permitted under the H-2A program.

**It is ORDERED** effectively immediately that Defendant is enjoined and restrained from violating the H-2A work order for VH Harvesting's H-2A case No. 300-21350-7690765 and 20 C.F.R. § 655.135.

**IT is ORDERED** that if Defendant participates in the H-2A program, Defendant is enjoined and restrained from violating the applicable H-2A work order(s) and applicable federal, state, and local laws and standards, including but not limited to 20 C.F.R. § 655.122(h)(4); 29 C.F.R. §§ 500.105, 500.120-.128; and 29 C.F.R. § 1910.142.

_____
DIANE J. HUMETEWA
United States District Judge

Dated: October 25, 2022

For the Secretary:

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

BORIS ORLOV
Counsel for Wage and Hour

VICTORIA YEE
Trial Attorney


/s/ Charles Song
CHARLES SONG
Senior Trial Attorney

Attorneys for the Plaintiff
SECRETARY OF LABOR
U.S. DEPARTMENT OF LABOR

1  For Defendant, T & K Feeds, Inc,

3
4  */s/ Heidi Nunn-Gilman*
   JULIE PACE, ESQ.
5  HEIDI NUNN-GILMAN, ESQ.
   Messner Reeves LLP
6  Attorneys for the Defendant T&K Feed, Inc.