**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J Walsh, | No. CV-22-01805-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| VH Harvesting LLC, et al., | |
| Defendants. | |

Pending before the Court is the Stipulation to Entry of Preliminary Injunction Against Defendant T & K Feeds, Inc., jointly filed by Martin J. Walsh, Secretary of Labor ("Plaintiff") and Defendant T & K Feeds, Inc. ("Defendant") (Doc. 14). Plaintiff and Defendant agree to the entry of this Order to resolve all matters in dispute in this action between them.

Accordingly,

**IT IS ORDERED** that the parties' Stipulation to Entry of Preliminary Injunction Against Defendant T & K Feeds Inc. (Doc. 14) is **granted**.

**IT IS FURTHER ORDERED** that Defendant is enjoined and restrained from employing VH Harvesting's H-2A workers admitted to the United States pursuant to the approved H-2A Agricultural Clearance Order for H-2A Case No. H-300-21350-769065, unless otherwise permitted under the H-2A program.

**IT IS FURTHER ORDERED** that Defendant shall continue to provide VH Harvesting's H-2A workers with adequate housing facilities until the H-2A workers are

transitioned over to adequate housing provided by VH Harvesting, or otherwise return to Mexico through transportation provided by VH Harvesting. Such housing facilities shall be in compliance with the H-2A Agricultural Clearance Order for H-2A Case No. H-300-21350-769065.

**IT IS FURTHER ORDERED** that Defendant is enjoined and restrained from violating the H-2A Agricultural Clearance Order for H-2A case No. H-300-21350-769065 and 20 C.F.R. § 655.135.

**IT IS FURTHER ORDERED** that if Defendant participates in the H-2A program, Defendant is enjoined and restrained from violating the applicable H-2A clearance order(s) and applicable federal, state, and local laws and standards, including but not limited to 20 C.F.R. § 655.122(h)(4); 29 C.F.R. §§ 500.105, 500.120-.128; and 29 C.F.R. § 1910.142.

Dated this 25th day of October, 2022.

Honorable Diane J. Humetewa
United States District Judge