Lori A. Guner, SBN 031646
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
lguner@fisherphillips.com
Attorneys for Defendants
VH Harvesting LLC and Preston Van Hofwegen

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>VH Harvesting, an Arizona LLC; T&K Feeds, Inc., an Arizona corporation; Preston Van Hofwegen, an individual,<br><br>Defendants. | No.  2:22-cv-01805-DJH<br><br>**DEFENDANTS VH HARVESTING, AN ARIZONA LLC, AND PRESTON VAN HOFWEGEN'S ANSWER AND AFFIRMATIVE DEFENSES** |

Defendants VH HARVESTING, an Arizona limited liability company, and PRESTON VAN HOFWEGEN, by their attorneys, for their answer and affirmative defenses to the Complaint (Doc. 1) seeking an injunction, state as follows:

1. In response to Paragraph 1 of the Complaint, Defendants admit Martin J. Walsh is the Secretary of Labor.

2. In response to Paragraph 2 of the Complaint, Defendants admit the allegations contained therein.

3. In response to Paragraph 3 of the Complaint, Defendants admit the allegations contained therein.

4. In response to Paragraph 4 of the Complaint, Defendants are not related to Defendant T&K Feeds, Inc., and are therefore without sufficient information or

knowledge to form a belief as to the truth of the allegations contained in said paragraph and on that basis deny each and every allegation set forth in that paragraph.

5. In response to Paragraph 5 of the Complaint, Defendants admit this Court has jurisdiction over this matter.

6. In response to Paragraph 6 of the Complaint, Defendants admit venue is proper.

7. In response to Paragraph 7 of the Complaint, Defendant VH Harvesting admits it petitioned for H-2A guestworkers but denies the remainder of the allegations contained therein.

8. In response to Paragraph 8 of the Complaint, Defendants deny the allegations contained therein.

9. In response to Paragraph 9 of the Complaint, Defendants deny the allegations contained therein.

10. In response to Paragraph 10 of the Complaint, Defendants deny the allegations contained therein.

11. In response to Paragraph 11 of the Complaint, Defendants deny the allegations contained therein.

12. In response to Paragraph 12 of the Complaint, Defendants deny the allegations contained therein.

13. In response to Paragraph 13 of the Complaint, Defendants deny the allegations contained therein.

14. In response to Paragraph 14 of the Complaint, Defendants deny the allegations contained therein.

## **AFFIRMATIVE DEFENSES**

By way of affirmative defenses to the allegations of the Complaint herein, Defendant alleges as follows:

### **FIRST AFFIRMATIVE DEFENSE**

1. As a first, separate and distinct affirmative defense to the Complaint, and

each cause of action therein, Defendants allege that Plaintiff has not suffered any losses, and Defendants have not been unjustly enriched as a result of any action or inaction, if any, by Defendants or its agents.

## SECOND AFFIRMATIVE DEFENSE

2. As a second, separate and distinct affirmative defense to the Complaint, and each cause of action therein, Defendants allege that an unexpected event or occurrence happened which frustrated the purpose of the H-2A contract at issue.

## THIRD AFFIRMATIVE DEFENSE

3. As a third, separate, and distinct affirmative defense to the Complaint, and each cause of action therein, Defendants allege that Plaintiff is seeking to recover more than they are entitled to in this matter, and the award of judgement would unjustly enrich Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

4. As a fourth, separate, and distinct affirmative defense to the Complaint, and each cause of action therein, Defendants allege that the relief sought in the Complaint has already been satisfied.

## FIFTH AFFIRMATIVE DEFENSE

5. As a fifth, separate, and distinct affirmative defense to the Complaint, and each cause of action therein, Defendants assert they substantially complied with the Contract.

## SIXTH AFFIRMATIVE DEFENSE

6. As a sixth, separate, and distinct affirmative defense to the Complaint, and each cause of action therein, Defendants allege that Plaintiff failed to mitigate damages.

**Wherefore,** these answering Defendants pray as follows:

1. That Plaintiff take nothing by way of his Complaint for damages;

2. That Plaintiff's Complaint herein be dismissed in its entirety with prejudice;

FP 45636231.2

3. That Defendants recover their costs of suit herein, including their reasonable attorneys' fees; and

4. That the court award such other and further relief as it deems appropriate.

DATED this 10th day of November 2022.

                        FISHER & PHILLIPS LLP

                    By  s/ Lori A. Guner
                         Lori A. Guner
                         3200 N. Central Avenue, Suite 1550
                         Phoenix, Arizona 85012-2487
                         Attorneys for Defendants VH Harvesting and Preston Van Hofwegen

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Marc A. Pilotin
Boris Orlov
Charles Song
Victoria Yee
UNITED STATES DEPARTMENT OF LABOR
350 S. Figueroa Street, Suite 370
Los Angeles, CA 90071-1202
Song.charles.c@dol.gov
Attorneys for Plaintiff Martin J. Walsh,
Secretary of Labor

Julie A. Pace
David A. Selden
Heidi Nunn-Gilman
MESSNER REEVES, LLP
7250 North 16th Street, Suite 410
Phoenix, AZ 85020
jpace@messner.com
dselden@messner.com
hgilman@messner.com
Attorneys for Defendant T&K Feeds, Inc.


  /s/ *Kathy Meyer*

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

5

FP 45636231.2