Lori A. Guner, SBN 031646
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
lguner@fisherphillips.com
Attorneys for Defendants
VH Harvesting LLC and Preston Van Hofwegen

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>VH Harvesting, an Arizona LLC; T&K Feeds, Inc., an Arizona corporation; Preston Van Hofwegen, an individual,<br><br>Defendants. | No.  2:22-cv-01805-DJH<br><br>**NOTICE OF PENDING SETTLEMENT AND STIPULATION AND ORDER TO VACATE PRELIMINARY INJUNCTION HEARING AND ASSOCIATED DEADLINES** |

The Parties are in the process of resolving this matter in all aspects through settlement, including Plaintiff's claims for injunctive relief and monetary damages. The parties are currently preparing a written Consent Judgment fully resolving this matter. In the meantime, so that the Parties have adequate time to effectuate settlement, the Parties request that the Court continue the Preliminary Injunction hearing currently set for November 18, 2022 at 10am and vacate all deadlines associated with the hearing. The Parties will file a Consent Decree by November 18, 2022 with this Court.

IT IS SO STIPULATED.

DATED this 14th day of November 2022.


FISHER & PHILLIPS LLP

By  s/ Lori A. Guner
    Lori A. Guner
    3200 N. Central Avenue, Suite 1550
    Phoenix, Arizona 85012-2487
    Attorneys for Defendants VH Harvesting
    and Preston Van Hofwegen

MESSNER REEVES, LLP

By  s/ Heidi Nunn-Gilman
    Julie A. Pace
    David A. Selden
    Heidi Nunn-Gilman
    Attorneys for Defendants T&K Feeds, Inc.

UNITED STATES DEPARTMENT OF LABOR

By  s/ Boris Orlov
    Boris Orlov
    Charles Song
    Victoria Yee
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Marc A. Pilotin
Boris Orlov
Charles Song
Victoria Yee
UNITED STATES DEPARTMENT OF LABOR
350 S. Figueroa Street, Suite 370
Los Angeles, CA 90071-1202
Song.charles.c@dol.gov
Orlov.boris@dol.gov
Attorneys for Plaintiff Martin J. Walsh,
Secretary of Labor

Julie A. Pace
David A. Selden
Heidi Nunn-Gilman
MESSNER REEVES, LLP
7250 North 16th Street, Suite 410
Phoenix, AZ 85020
jpace@messner.com
dselden@messner.com
hgilman@messner.com
Attorneys for Defendant T&K Feeds, Inc.


  /s/  Christine Logan

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400