Lori A. Guner, SBN 031646
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
lguner@fisherphillips.com

Rebecca A. Hause-Schultz, *Admitted Pro Hac Vice*
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Fax: (916) 210-0401
rhause-schultz@fisherphillips.com

Attorneys for Defendants
VH Harvesting LLC and Preston Van Hofwegen

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>VH Harvesting LLC, an Arizona LLC, T&K Feeds Incorporated, an Arizona corporation, and Preston Van Hofwegen, an individual,<br><br>Defendants. | No. 2:22-cv-01805-DJH<br><br>**Corporate Disclosure Statement** |

This Corporate Disclosure Statement is filed on behalf of Defendants VH Harvesting LLC and Preston Van Hofwegen in compliance with the provisions of:

Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

FP 45698787.1

**The filing party hereby declares as follows**:

No such corporation.

**A supplemental disclosure statement will be filed upon any change in the information provided herein**.

DATED this 18th day of November 2022.

        FISHER & PHILLIPS LLP

        By s/ *Rebecca Hause-Schultz*
            Lori A. Guner
            3200 N. Central Avenue, Suite 1550
            Phoenix, Arizona 85012-2487
            Rebecca Hause-Schultz
            621 Capitol Mall, Suite 1400
            Sacramento, California 95814

        Attorneys for Defendants VH Harvesting and Van Hofwegen

FP 45698787.1

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Charles Song
US Dept. of Labor – Office of the Solicitor
350 South Figueroa St., Suite 370
Los Angeles, CA  90071
Song.charles.c@dol.gov

Victoria Yee
US Dept. of Labor – Office of the Solicitor
350 South Figueroa St., Suite 370
Los Angeles, CA  90071
Attorneys for Plaintiff
Yee.victoria.w@dol.gov

Julie A. Pace
David A. Selden
Heidi Nunn-Gilman
MESSNER REEVES, LLP
7250 North 16th Street, Suite 410
Phoenix, AZ  85020
jpace@messner.com
dselden@messner.com
hgilman@messner.com
Attorneys for Defendant T & K Feeds, Inc.

s/ *Desiree Herrera*

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

3

FP 45698787.1