**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Martin J. Walsh, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>VH Harvesting, an Arizona LLC; T & K Feeds, Inc., an Arizona corporation; Preston Van Hofwegen, an individual.<br><br>Defendants. | Case No. 2:22-cv-01805-PHX-DJH<br><br>**STIPULATION REGARDING CONSENT JUDGMENT** |

IT IS HEREBY STIPULATED, by and between Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor and Defendants VH Harvesting, LLC, and Preston Von Hofwegen (collectively "the Parties"), that they agree to the terms of the attached Consent Judgment as a full and final settlement of this action between the Parties.

RESPECTFULLY SUBMITTED this 18th Day of November 2022.

MARC A. PILOTIN
Regional Solicitor

BORIS ORLOV
Counsel for Wage and Hour

VICTORIA YEE
Trial Attorney


s/Charles Song
CHARLES SONG
Senior Trial Attorney

*Attorneys for Plaintiff*
*Secretary of Labor*


s/Rebecca Hause-Schultz
REBECCA HAUSE-SCHULTZ, ESQ.
LORI AYSEGUL GUNER, ESQ.
Fisher & Phillips LLP
*Attorneys for VH Harvesting, LLC*
*& Preston Van Hofwegen*

1
STIPULATION