IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh,<br>   Secretary of Labor,<br>     United States Department of Labor,<br><br>                          Plaintiff,<br>   v.<br><br>VH Harvesting, an Arizona LLC; T & K Feeds, Inc., an Arizona corporation; Preston Van Hofwegen, an individual.<br><br>                          Defendants. | Case No. 2:22-cv-01805-PHX-DJH<br><br>**Consent Judgment as to Defendant T & K Feeds, Inc.** |

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor (the "Secretary"), and Defendant T & K Feeds, Inc., an Arizona corporation ("Defendant") have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment as follows:

## I. STATEMENT BY THE PARTIES

A. The Secretary filed a complaint alleging Defendants violated the H-2A Program under Section 218 of the Immigration and Nationality Act ("INA")[1] as amended by the Immigration and Reform Control Act of 1986 ("IRCA") and their Regulations at 20 C.F.R. Part 655 and 29 C.F.R. Part 501 ("H-2A Implementing Regulations") (hereafter, "Complaint"). Defendant has appeared in this action and has retained counsel and filed an answer with affirmative defenses.

B. Defendant agrees that the Court has jurisdiction over the parties and the subject matter of this civil action, and that venue lies in the United States District Court of Arizona.

C. On October 20, 2022, Plaintiff applied for a Temporary Restraining Order ("TRO") and Preliminary Injunction seeking to enjoin Defendant from violating its obligations under the H-2A program.

D. On October 25, 2022, the Secretary and T & K stipulated to the entry of a preliminary injunction against T & K (Doc. 14), which the Court granted (Doc. 17).

E. Defendant agrees to resolve all allegations against them in the Complaint.

F. Defendant agrees to the entry of this Consent Judgment without contest.

G. Defendant acknowledges that Defendant and any individual, agent, or entity acting on their behalf or at their direction have been given, and in the future will be given notice of and an understanding of the provisions of this Consent Judgment.

H. In consideration of this Consent Judgment and to resolve this case, and in restitution and remediation:

---

[1] All references made herein to the INA will be to its Section 218, 8 U.S.C. § 1188.

1.  Defendant T & K Feeds agrees to pay $32,411.08, which is comprised of $22,411.08 in back wages and $10,000 in civil money penalties.

2.  The parties agree that each party shall bear all fees, costs, and other expenses incurred by such party in connection with any stage of this proceeding, including, but not limited to, any costs referenced in the Equal Access to Justice Act.

## II. **PERMANENT INJUNCTION**

Therefore, upon motion of the attorneys for the Secretary, and for cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to 8 U.S.C. § 1188(g)(2) and 29 C.F.R. §§ 501.16(b) & (c) that Defendant and their officers, agents, servants, employees, successors and all persons in active concert or participation with them are permanently enjoined and restrained from violating any provisions of the INA and the H-2A Implementing Regulations, including but not limited to 20 C.F.R. § 655.122(h)(4); 29 C.F.R. §§ 500.105, 500.120-.128; and 29 C.F.R. § 1910.142.

## III. **JUDGMENT AND ORDER**

**IT IS FURTHER ORDERED AND ADJUDGED** that:

**JUDGMENT IS HEREBY ENTERED,** in favor of the Secretary and against T & K Feeds for the total amount of $32,411.08, which is comprised of $22,411.08 in back wages and $10,000 in civil money penalties.

1.  Defendant T & K Feeds shall satisfy the monetary terms of this judgment upon paying $32,411.08, which represents the total sum of the back wages and civil money penalties assessed and finally determined or ordered by the Secretary for this matter pursuant to authority granted in 29 C.F.R. § 501.16(a)(1);

2.  Defendant shall make any payments required in this Consent Judgment as follows:

a. On or before November 18, 2022, for workers number 1-9 on the attached Exhibit A, by preparing a check in the amount of $22,411.08 payable to co-defendant VH Harvesting, LLC and delivering it to VH Harvesting, LLC for distribution to workers number 1-9.[2]

b. All payments of Civil Money Penalties shall be made by December 19, 2022, using the "WHD Civil Money Penalty Payment Form – Western Region" at https://www.pay.gov/public/form/start/77743734. The payment shall reference Case Number 1972630.

3. Each party shall bear all fees, costs, and other expenses incurred by such party in connection with any stage of this proceeding, including, but not limited to, any costs referenced in the Equal Access to Justice Act; and

4. This Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

IT IS SO ORDERED.

Dated:

                                                           
HONORABLE DIANE J. HUMETEWA
UNITED STATES DISTRICT JUDGE

---

[2] The distribution of these amounts is governed by the Consent Judgment as to VH Harvesting, LLC and Preston Van Hofwegen filed concurrently herewith.

For the Plaintiff:

MARC A. PILOTIN
Regional Solicitor

BORIS ORLOV
Counsel for Wage and Hour

VICTORIA YEE
Trial Attorney


s/ Charles Song                              11/18/2022
CHARLES SONG                          DATE:
Senior Trial Attorney



*Attorneys for Plaintiff*
*Secretary of Labor*

For Defendants:

The Defendants hereby consent to the entry of this Judgment and waive notice by the Clerk of the Court.

_____  
T & K Feeds, Inc.:  
By: Dan Grief  
Title: Controller

DATE: 11-18-22

_____  
Heidi Nunn-Gilman, Esq.  
Julie A. Pace, Esq.  
Messner Reeves LLP  
*Attorneys for T&K Feeds Incorporated*

DATE: 11-18-22

# Exhibit A

| | First Name | Last Name | Start Period | End Period | Back Wages VH | Back Wages T & K | Total Back Wages Due VH and T & K | T & K Payments 11/18/2022 | VH Payments 11/18/2022 | Total Payments 11/18/2022 | VH Additional Payments Due by 12/19/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jose Alfredo | Vargas Magana | 3/4/2022 | 12/1/2022 | $5,256.00 | $4,694.93 | $9,950.93 | $4,694.93 | | $4,694.93 | $5,256.00 |
| 2 | Gerardo Jacob | Zepeda Zepeda | 3/4/2022 | 12/1/2022 | $9,722.24 | $4,634.35 | $14,356.59 | $4,634.35 | | $4,634.35 | $9,722.24 |
| 3 | Jose Domingo | Ponce Topete | 3/4/2022 | 12/1/2022 | $18,572.08 | $405.90 | $18,977.98 | $405.90 | $ 2,765.11 | $3,171.01 | $15,806.97 |
| 4 | Juan Manuel | Padilla Olivera | 3/4/2022 | 12/1/2022 | $15,429.84 | $1,613.89 | $17,043.73 | $1,613.89 | $ 1,557.11 | $3,171.00 | $13,872.73 |
| 5 | Juan Diego | Ramirez Penaloz | 3/4/2022 | 12/1/2022 | $16,404.59 | $327.12 | $16,731.71 | $327.12 | $ 2,843.88 | $3,171.00 | $13,560.71 |
| 6 | Juan Uvaldo | Lopez Landin | 3/4/2022 | 12/1/2022 | $21,091.64 | $337.12 | $21,428.76 | $337.12 | $ 2,833.88 | $3,171.00 | $18,257.76 |
| 7 | Miguel Gerardo | Cortes Fregozo | 3/4/2022 | 12/1/2022 | $6,843.08 | $3,991.33 | $10,834.41 | $3,991.33 | $ 6,843.08 | $10,834.41 | $0.00 |
| 8 | Antonio | Irai Chavez Galve | 3/4/2022 | 12/1/2022 | $9,918.16 | $4,159.29 | $14,077.45 | $4,159.29 | | $4,159.29 | $9,918.16 |
| 9 | Alan Arturo | Bueno Cardenas | 3/4/2022 | 8/14/2022 | $5,658.64 | $2,247.15 | $7,905.79 | $2,247.15 to VH | | | $7,905.79 |
| 10 | Armando | Barriga Gonzalez | 6/1/2022 | 8/4/2022 | $3,374.82 | | $3,374.82 | | | | $3,374.82 |
| 11 | Carlos | Salas Remis | 3/4/2022 | 5/18/2022 | $3,038.96 | | $3,038.96 | | | | $3,038.96 |
| 12 | Dora | Galvez Alcaraz | 3/4/2022 | 10/16/2022 | $7,681.20 | | $7,681.20 | | | | $7,681.20 |
| 13 | Jairo Ivan | Barriga Rivera | 6/1/2022 | 8/4/2022 | $4,129.74 | | $4,129.74 | | | | $4,129.74 |
| 14 | Jesus | Ronquillo Salas | 3/4/2022 | 5/18/2022 | $4,282.91 | | $4,282.91 | | | | $4,282.91 |
| 15 | Jose Trinidad | Velasco Villa | 3/4/2022 | 12/1/2022 | $20,226.47 | | $20,226.47 | | | | $20,226.47 |
| 16 | Mario | Alvarado Navarro | 3/4/2022 | 4/16/2022 | $3,820.32 | | $3,820.32 | | | | $3,820.32 |
| 17 | Williams | Contreras Lopez | 3/4/2022 | 4/16/2022 | $3,820.32 | | $3,820.32 | | | | $3,820.32 |
| | | TOTAL | | | $159,271.01 | $22,411.08 | $181,682.09 | $22,411.08 | $16,843.06 | $37,006.99 | $144,675.10 |