**MESSNER REEVES, LLP**
7250 North 16th Street, Suite 410
Phoenix, Arizona 85020
Telephone (602) 635-4002

Julie A. Pace, SBN 014585
jpace@messner.com
David A. Selden, SBN 007499
dselden@messner.com
Heidi Nunn-Gilman, SBN 023971
hgilman@messner.com
*Attorneys for Defendant T & K Feeds, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>VH Harvesting, an Arizona limited liability company; T & K Feeds, Inc., an Arizona corporation; Preston Van Hofwegen, an individual,<br><br>Defendants. | Case No. 2:22-cv-01805-DJH<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of **T & K FEEDS, INC.**, an Arizona corporation, in compliance with the provisions of:

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

{06920567 / 1}

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim or alleged criminal activity is a corporation that government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

_____ Relationship _____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____ Relationship _____

☐ Other (please explain): _____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 29th day of November, 2022.

**MESSNER REEVES, LLP**

By: *s/ Heidi Nunn-Gilman*
   Julie A. Pace
   David A. Selden
   Heidi Nunn-Gilman,
   *Attorneys for Defendant T & K Feeds, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system. I further certify that parties of record in this case who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

*s/ Lauri Andrisani*

MESSNER REEVES, LLP
7250 N. 16TH STREET, SUITE 410
PHOENIX, ARIZONA 85020
(602) 635-4002

{06920567 / 1}                                      2